SCHERN RICHARDSON FINTER, PLC
1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
(480) 632-1929
Facsímile: (480) 632-1938
Email: courtdocs@srflawfirm.com
*Attorneys for Woz U Defendants*
By: Michael A. Schern #022996
 Aaron M. Finter #022437
 Aaron M. Clouse #033230

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual, | No. 2:18-cv-03775-JJT |
| Plaintiff, | |
| v. | **ANSWER** |
| Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Woz U Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation, | |
| Defendants. | |

Defendants Steve Wozniak, Woz U Education Holdings, LLC, Woz U Education, LLC, and Southern Careers Institute, Inc. ("Woz U Defendants") submit this Answer to Plaintiff's Complaint. Each and every allegation contained in Plaintiff's Complaint and each and every claim for relief therein which is not expressly admitted in this Answer is denied. Defendants further admit, deny and affirmatively allege as follows:

1. As to Paragraph 1 of Plaintiff's Complaint, Defendants admit that this action is brought against these answering Defendants. All of the other allegations in said paragraph of Plaintiff's Complaint are denied for lack of sufficient information to form a belief as to the truth thereof.

2. As to Paragraph 2 of Plaintiff's Complaint, Defendants admit that Steve Wozniak was a co-founder of Apple Computers, Inc. and that he has received many awards and recognitions throughout his life. Defendants deny the remaining allegations in said paragraph of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

3. Defendants deny the allegations in Paragraph 3 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

4. Defendants admit the allegations in Paragraph 4 of Plaintiff's Complaint.

5. Defendants deny the allegations in Paragraph 5 of Plaintiff's Complaint.

6. Defendants deny the allegations in Paragraph 6 of Plaintiff's Complaint.

7. Defendants deny the allegations in Paragraph 7 of Plaintiff's Complaint.

8. Defendants deny the allegations in Paragraph 8 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

9. Defendants deny the allegations in Paragraph 9 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

10. Defendants deny the allegations in Paragraph 10 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

11. Defendants deny the allegations in Paragraph 11 of Plaintiff's Complaint.

12. Defendants deny the allegations in Paragraph 12 of Plaintiff's Complaint.

13. Defendants deny the allegations in Paragraph 13 of Plaintiff's Complaint.

14. Defendants deny the allegations in Paragraph 14 of Plaintiff's Complaint.

15. Defendants deny the allegations in Paragraph 15 of Plaintiff's Complaint.

16. Defendants deny the allegations in Paragraph 16 of Plaintiff's Complaint.

17. Defendants deny the allegations in Paragraph 17 of Plaintiff's Complaint.

18. Defendants deny the allegations in Paragraph 18 of Plaintiff's Complaint.

19. Defendants admit the allegations in Paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations in Paragraph 20 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

21. Defendants admit the allegations in Paragraph 21 of Plaintiff's Complaint.

22. Defendants admit the allegations in Paragraph 22 of Plaintiff's Complaint.

23. Defendants admit the allegations in Paragraph 23 of Plaintiff's Complaint.

24. Defendants deny the allegations in Paragraph 24 of Plaintiff's Complaint.

25. Defendants deny the allegations in Paragraph 25 of Plaintiff's Complaint.

26. Defendants deny the allegations in Paragraph 26 of Plaintiff's Complaint.

27. Defendants deny the allegations in Paragraph 27 of Plaintiff's Complaint.

28. Defendants deny the allegations in Paragraph 28 of Plaintiff's Complaint.

29. Defendants deny the allegations in Paragraph 29 of Plaintiff's Complaint.

30. Defendants deny the allegations in Paragraph 30 of Plaintiff's Complaint.

31. Defendants deny the allegations in Paragraph 31 of Plaintiff's Complaint.

32. Defendants deny the allegations in Paragraph 32 of Plaintiff's Complaint.

33. Defendants deny the allegations in Paragraph 33 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof.

34. Defendants deny the allegations in Paragraph 34 of Plaintiff's Complaint.

35. Defendants deny the allegations in Paragraph 35 of Plaintiff's Complaint.

36. Defendants deny the allegations in Paragraph 36 of Plaintiff's Complaint.

37. Defendants deny the allegations in Paragraph 37 of Plaintiff's Complaint.

38. In responding to paragraph 38 of the Plaintiff's Complaint, the Defendants admit that an actual controversy exists between Plaintiff and Defendants. Defendants deny the remaining allegations in Paragraph 38 of Plaintiff's Complaint.

39. Defendants admit the allegations in Paragraph 39 of Plaintiff's Complaint.

40. Defendants deny the allegations in Paragraph 40 of Plaintiff's Complaint.

41. Defendants deny the allegations in Paragraph 41 of Plaintiff's Complaint.

42. Defendants deny the allegations in Paragraph 42 of Plaintiff's Complaint.

43. Defendants deny the allegations in Paragraph 43 of Plaintiff's Complaint.

44. Defendants deny the allegations in Paragraph 44 of Plaintiff's Complaint.

45. Defendants deny the allegations in Paragraph 45 of Plaintiff's Complaint.

## **GENREAL AND AFFIRMATIVE DEFENSES**

46. Defendants incorporate their responses to the allegations contained in Paragraphs 1-45 of Plaintiff's Complaint.

47. Defendants deny each and every allegation contained in Plaintiffs' Complaint and each and every claim for relief therein which is not expressly admitted in this Answer.

48. As and for a separate defense, and in the alternative, Defendants allege Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendants.

49. To avoid waiver, Defendants affirmatively plead the following defenses: lack of jurisdiction over the subject matter, lack of jurisdiction over the person, accord and satisfaction, duress, estoppel, set-off, failure to join an indispensable party, failure of consideration, fraud, illegality, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, insufficiency of process and insufficiency of service of process, waiver, and every other affirmative defense or avoidance constituting a defense as provided under Rules 8 and 12 of the FEDERAL RULES OF CIVIL PROCEDURE, the applicable state law, and the common law which discovery may reveal. By pleading these general and affirmative defenses, Defendants do not assume the burden of proving any fact, issue, or element of a claim for relief where such burden properly belongs to the Plaintiff. Defendants reserve the right to supplement this list of affirmative defenses as discovery progresses.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants request:

A. That Plaintiff's Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

B. That this Court deny the declaratory relief sought by Plaintiff;

C. That the Defendants be awarded their attorney's fees and costs; and

D. For such other relief as the Court deems just.

DATED this 16th day of January 2019.

SCHERN RICHARDSON FINTER, PLC

By *[signature]*
Michael A. Schern
Aaron M. Finter
Aaron R. Clouse
1640 S. Stapley Dr., Ste. 132
Mesa, AZ 85204
Attorneys for Defendants

I hereby certify that on January 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond J. Markovich, Esq.
USMAN SHAIKH LAW GROUP
a.k.a. U.S. LAW GROUP
427 N. Canon Drive, Suite #206
Beverly Hills, CA 92010
ray@uslawgroupinc.com
*Attorneys for Plaintiff*

By: *Ronnie Sue Akin*

5