```
 1  SCHERN RICHARDSON FINTER, PLC
    1640 S. Stapley Drive, Suite 132
 2  Mesa, Arizona 85204
 3  (480) 632-1929
    Facsimile: (480) 632-1938
 4  Email: courtdocs@srflawfirm.com
 5  Attorneys for Woz U Defendants
    By:  Michael A. Schern #022996
 6       Aaron M. Finter #022437
         Aaron R. Clouse #033230
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual, | No. 2:18-cv-03775-JJT |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Woz U Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant Woz U Education Holdings, LLC, a Delaware limited liability company, in compliance with the provisions of: *(check one)*

__X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party here by declares as follows:**

 X   No such corporation.
\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below (*Attach additional pages if needed*)

_____Relationship_____

\_\_\_\_ Publicly held corporation, not a party to the case, with financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_ Other (please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein

DATED this 7th day of March, 2019.

By /s/ Aaron M. Finter
Michael A. Schern
Aaron M. Finter
Aaron R. Clouse
1640 S. Stapley Dr., Ste. 132
Mesa, AZ 85204
*Attorneys for Defendants*

I hereby certify that on March 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond J. Markovich, Esq.
USMAN SHAIKH LAW GROUP
a.k.a. U.S. LAW GROUP
427 N. Canon Drive, Suite #206
Beverly Hills, CA 92010
ray@uslawgroupinc.com
*Attorneys for Plaintiff*

By: Ronnie Sue Ahn