SCHERN RICHARDSON FINTER, PLC
1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
(480) 632-1929
Facsimile: (480) 632-1938
Email: courtdocs@srflawfirm.com
*Attorneys for Woz U Defendants*
By:  Michael A. Schern #022996
     Aaron M. Finter #022437
     Aaron R. Clouse #033230

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual,<br><br>              Plaintiff,<br>v.<br><br>Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Woz U Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation,<br><br>              Defendants. | No. 2:18-cv-03775-JJT<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Woz U Education, LLC, an Arizona limited liability company, in compliance with the provisions of: (*check one*)

  X     Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party here by declares as follows:**

_X_ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below (*Attach additional pages if needed*)

_____Relationship_____

_____ Publicly held corporation, not a party to the case, with financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other (please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein

DATED this 7th day of March, 2019.

By /s/ Aaron M. Finter
Michael A. Schern
Aaron M. Finter
Aaron R. Clouse
1640 S. Stapley Dr., Ste. 132
Mesa, AZ 85204
*Attorneys for Defendants*

I hereby certify that on March 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond J. Markovich, Esq.
USMAN SHAIKH LAW GROUP
a.k.a. U.S. LAW GROUP
427 N. Canon Drive, Suite #206
Beverly Hills, CA 92010
ray@uslawgroupinc.com
*Attorneys for Plaintiff*

By: Ronnie Sue Akin