RAYMOND J. MARKOVICH, ESQ.
*Pro Hac Vice*
USMAN SHAIKH LAW GROUP
*aka* U.S. LAW GROUP
427 N. Canon Drive, Suite 206
Beverly Hills, CA 90210
Tel: 212-634-4545
Fax: 212-634-4546
Email: ray@uslawgroupinc.com

*Attorneys for Ralph T. Reilly*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual, | Case No.: 2:18-cv-03775-PHX-MTL |
| Plaintiff, | Honorable Michael T. Liburdi |
| vs. | |
| Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Woz U Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation, | **NOTICE OF DEPOSITION OF STEVE WOZNIAK** |
| Defendants | |

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Ralph T. Reilly ("Plaintiff"), by and through his undersigned attorneys, will take the oral deposition of Defendant Steve Wozniak before a Certified Court Reporter beginning at 10:00 A.M., on Tuesday, January 7, 2020 at the

offices of Veritext, 1292 Lincoln Avenue, San Jose, CA 95125. The address for Mr. Wozniak is through the Defendants' counsel Aaron M. Finter, Schern Richardson Finter, PLC, 1640 S. Stapley Drive, Suite 132, Mesa, Arizona 85204.

Pursuant to FRCP 34, Mr. Wozniak must also bring to the deposition the documents, electronically stored information, or objects specified on Exhibit A which is attached hereto and incorporated herein, and must permit inspection, copying, testing, and/or sampling of such documents, electronically stored information, or objects.

West Hollywood, California
Dated: November 26, 2019

USMAN SHAIKH LAW GROUP

Raymond J. Markovich, Esq.
Attorneys for Plaintiff

2
NOTICE OF DEPOSITION OF STEVE WOZNIAK

# EXHIBIT A

## REQUEST FOR PRODUCTION

Please produce for inspection by Reilly's counsel the following documents:

1. The articles of organization or incorporation of each Defendant that is an entity.

2. The operating agreement or by-laws and minutes adopted on or after January 2, 2010 by each Defendant that is an entity.

3. Financial statements of each Defendant that is an entity for fiscal year ended in 2016 through 2018, including balance sheets, income statements and changes in financial position, audited by independent auditors if available (collectively "Financials").

4. Financials of Woz U from inception, through 2018.

5. Schedules of fees and charges payable by or applicable to all persons enrolling or participating in any activity of Woz U from inception.

6. All contracts in writing or otherwise embodied or in a Document by and among the Defendants and each of them.

7. All Documents embodying or reflecting the curricular or academic or vocational training offered to students or prospective enrollees of Woz U.

8. All Documents transmitted by Woz to any Defendants communicating any proposed curricula, academics or vocational training offered to students or other prospective enrollees of Woz U.

9. All Documents related to each material allegation in the Complaint and any special or affirmative defense(s) that you may have to each material allegation.

10. All Documents identified by you for introduction into evidence in this action.

|     |     |     |
| --- | --- | --- |
| 1   | RAYMOND J. MARKOVICH, ESQ. | |
| 2   | *Pro Hac Vice*<br>USMAN SHAIKH LAW GROUP | |
| 3   | *aka* U.S. LAW GROUP | |
| 4   | 427 N. Canon Drive, Suite 206<br>Beverly Hills, CA 90210 | |
| 5   | Tel: 212-634-4545 | |
| 6   | Fax: 212-634-4546<br>Email: ray@uslawgroupinc.com | |
| 7   | | |
| 8   | *Attorneys for Ralph T. Reilly* | |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
| --- | --- |
| Ralph T. Reilly, an individual, | Case No.: 2:18-cv-03775-PHX-MTL |
| Plaintiff, | Honorable Michael T. Liburdi |
| vs. | |
| Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Wozu Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation, | **NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF STEVE WOZNIAK** |
| Defendants | |

Plaintiff hereby provides notice that on November 26, 2019, he has served upon the Defendants by email and United States first class mail, postage pre-paid, NOTICE OF DEPOSITION OF STEVE WOZNIAK addressed to aaron@srflawfirm.com and Aaron M. Finter, Schern Richardson Finter, PLC, 1640 S. Stapley Drive, Suite 132, Mesa, Arizona 85204.

Dated: November 26, 2019        U.S. LAW GROUP

*[signature]*

Raymond J. Markovich, Esq.
Attorneys for Plaintiff

NOTICE OF SERVICE OF NOTICE OF DEPOSITION OF STEVE WOZNIAK