RAYMOND J. MARKOVICH, ESQ.
*Pro Hac Vice*
USMAN SHAIKH LAW GROUP
*aka* U.S. LAW GROUP
427 N. Canon Drive, Suite 206
Beverly Hills, CA 90210
Tel: 212-634-4545
Fax: 212-634-4546
Email: ray@uslawgroupinc.com

*Attorneys for Ralph T. Reilly*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual, | Case No.: 2:18-cv-03775-PHX-MTL |
| Plaintiff, | Honorable Michael T. Liburdi |
| vs. | |
| Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Wozu Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation, | **NOTICE OF SERVICE OF AMENDED NOTICE OF DEPOSITION OF STEVE WOZNIAK** |
| Defendants | |

Plaintiff hereby provides notice that on June 8, 2020, after an agreement was reached between counsel by email concerning the deposition of Steve Wozniak, he has served upon the Defendants by email the attached AMENDED NOTICE OF DEPOSITION OF STEVE WOZNIAK addressed to Aaron M. Finter at aaron@srflawfirm.com.

Dated: June 8, 2020			U.S. LAW GROUP

				/s/ Raymond J. Markovich
				Raymond J. Markovich, Esq.
				Attorneys for Plaintiff

RAYMOND J. MARKOVICH, ESQ.
*Pro Hac Vice*
USMAN SHAIKH LAW GROUP
*aka* U.S. LAW GROUP
427 N. Canon Drive, Suite 206
Beverly Hills, CA 90210
Tel: 212-634-4545
Fax: 212-634-4546
Email: ray@uslawgroupinc.com

*Attorneys for Ralph T. Reilly*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual, | Case No.: 2:18-cv-03775-PHX-MTL |
| Plaintiff, | Honorable Michael T. Liburdi |
| vs. | |
| Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Woz U Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation, | **AMENDED NOTICE OF DEPOSITION OF STEVE WOZNIAK** |
| Defendants | |

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Ralph T. Reilly ("Plaintiff"), by and through his undersigned attorneys, will take the oral deposition of Defendant Steve Wozniak ("Wozniak") concerning: (1) the allegations and/or matters raised in Plaintiff's Complaint and/or Defendants' Answers in this Action, (2) any and all communications between

Plaintiff and Wozniak and (3) any and all documents produced in discovery in this Action, before a Certified Court Reporter beginning at 9:00 A.M. (MST), on Tuesday, June 9, 2020 by video conference. The address for Wozniak is through the Defendants' counsel Aaron M. Finter, Schern Richardson Finter, PLC, 1640 S. Stapley Drive, Suite 132, Mesa, Arizona 85204.

Pursuant to FRCP 34, Wozniak must also bring to the deposition the documents, electronically stored information, or objects specified on Exhibit A which is attached hereto and incorporated herein, and must permit inspection, copying, testing, and/or sampling of such documents, electronically stored information, or objects.

West Hollywood, California
Dated: June 8, 2020

                                               USMAN SHAIKH LAW GROUP

                                               /s/ Raymond J. Markovich
                                               Raymond J. Markovich, Esq.
                                               Attorneys for Plaintiff

# EXHIBIT A

## REQUEST FOR PRODUCTION

Please produce for inspection by Reilly's counsel the following documents:

1. All contracts and correspondence in writing or otherwise embodied or in a Document between Wozniak and any of the Defendants.

2. All correspondence in writing or otherwise embodied or in a Document between Wozniak and Plaintiff.

3. All Documents embodying or reflecting the curricular or academic or vocational training offered to students or prospective enrollees of Woz U.

4. All Documents transmitted by Wozniak to any Defendants communicating any proposed curricula, academics or vocational training offered to students or other prospective enrollees of Woz U.

5. All Documents related to each material allegation in the Complaint and any special or affirmative defense(s) that you may have to each material allegation.

6. All Documents identified by you for introduction into evidence in this action.

7. All Documents evidencing any and all monies paid to Wozniak by any of the Defendants.