SCHERN RICHARDSON FINTER, PLC
1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
(480) 632-1929
Facsímile: (480) 632-1938
Email: courtdocs@srflawfirm.com
*Attorneys for Defendants*
By: Michael A. Schern #022996
 Aaron M. Finter #022437

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T. Reilly, an individual,<br><br>          Plaintiff,<br>v.<br><br>Steve Wozniak, an individual; Woz U Education, LLC, an Arizona limited liability company; Woz U Education Holdings, LLC, a Delaware limited liability company; Southern Careers Institute, Inc., a Texas corporation,<br><br>          Defendants. | No. 2:18-cv-03775-JJT<br><br>**DEFENDANTS' PROPOSED FORM OF VERDICT** |

Pursuant to the Court's Order Setting Final Pretrial Conference and Jury Trial (Doc. 152), Defendants Steve Wozniak, Woz U Education, LLC, Woz U Education Holdings, LLC, and Southern Careers Institute, Inc. (collectively referred to herein as "Defendants"), by and through undersigned counsel, hereby file their Proposed Form of Verdict. The Defendants' Proposed Form of Verdict is attached hereto as **Exhibit A** .

DATED this 19th day of May, 2021.

                                        SCHERN RICHARDSON FINTER, PLC

                                        By /s/ Aaron M. Finter
                                            Michael A. Schern
                                            Aaron M. Finter
                                            1640 S. Stapley Dr., Ste. 132
                                            Mesa, AZ 85204
                                            *Attorneys for Defendants*

I hereby certify that on May 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond J. Markovich, Esq.
USMAN SHAIKH LAW GROUP
a.k.a. U.S. LAW GROUP
427 N. Canon Drive, Suite #206
Beverly Hills, CA 92010
ray@uslawgroupinc.com
*Attorneys for Plaintiff*

By: /s/Ronnie Taxin

2

**EXHIBIT A**

We, the jury, duly empaneled and sworn in the above-entitled action, upon our oaths to hereby find as follows:

**VERDICT FORM A**

A1. Do you find by a preponderance of the evidence that there is a valid and enforceable copyright for the demo website created by the Plaintiff for the Wozniak Institute of Technology?

Yes [ ]

No [ ]

If you answered "Yes" to A1, then go on to Verdict Form B.

If you answered "No" to A1, then skip Verdict Form D.

**VERDICT FORM B**

B1. If you answered "Yes" to A1, do you find by a preponderance of the evidence that any of the Defendants infringed the Plaintiff's copyright registration for the demo website for the Wozniak Institute of Technology?

WozU Education Holdings, LLC  Yes [ ]   No [ ]

WozU Education, LLC   Yes [ ]    No [ ]

Southern Careers Institute, Inc. Yes [ ]   No [ ]

Steve Wozniak Profits Yes [ ]   No [ ]

If you answered "Yes" as to any Defendant, then go on to Verdict Form C.

If you answered "No" to all Defendants listed in B1, then skip Verdict Form D.

# VERDICT FORM C[1]

C1. If you answered "Yes" to B1, do you find by a preponderance of the evidence that Defendant(s) received profits that are attributable to his/its/their infringement of Plaintiff's copyright registration for the demo website for the Wozniak Institute of Technology?

Yes [ ]

No [ ]

C2. If you answered "Yes" to C1, please indicate the amount of profits you find that Defendants earned that are attributable to the infringement:

WozU Education Holdings, LLC Profits: $ _____.

WozU Education, LLC Profits: $ _____.

Southern Careers Institute, Inc. Profits: $_____.

Steve Wozniak Profits: $_____.

As to any infringement(s) of the demo website for the Wozniak Institute of Technology, Plaintiff may elect to receive either: (1) the amount of profits listed C2; or (2) the amount of statutory damages listed below. So that Plaintiff can make that choice, please respond to the following questions:

## DAMAGES ALTERNATIVE

C3. If you answered "Yes" to B1, do you find by a preponderance of the evidence that Defendant's infringement was innocent?

WozU Education Holdings, LLC  Yes [ ]   No [ ]

WozU Education, LLC Profits  Yes [ ]   No [ ]

Southern Careers Institute, Inc. Yes [ ]   No [ ]

Steve Wozniak Profits Yes [ ]   No [ ]

C4. If you answered "No" to C3, please proceed to question C5. If you answered "Yes" to C3, then you must award statutory damages in favor of the Plaintiff and against Defendant(s) in an amount between $200 and $30,000 and indicate the amount of statutory damages here:

WozU Education Holdings, LLC $ _____.

WozU Education, LLC $ _____.

Southern Careers Institute, Inc. $_____.

Steve Wozniak $_____.

---

[1] Defendants submit that Verdict Form C should only be used in the event that the Defendants' Motion in Limine No. 1 is denied.

6

C5. If you answered "No" to C3, do you find by a preponderance of the evidence that Defendant's infringement was willful?

WozU Education Holdings, LLC  Yes [ ]   No [ ]

WozU Education, LLC  Yes [ ]   No [ ]

Southern Careers Institute, Inc. Yes [ ]   No [ ]

Steve Wozniak Profits Yes [ ]   No [ ]

C6. If you answered "Yes" to C5, then you must award statutory damages in favor of the Plaintiff and against Defendant(s) in an amount between $750 and $150,000 and indicate the amount of statutory damages here:

WozU Education Holdings, LLC $ _____.

WozU Education, LLC $ _____.

Southern Careers Institute, Inc. $_____.

Steve Wozniak $_____.

C7. If you answered "No" to C3 and C5, then you must award statutory damages in favor of the Plaintiff and against Defendants in an amount between $750 and $30,000 and indicate the amount of statutory damages here:

WozU Education Holdings, LLC $ _____.

WozU Education, LLC $ _____.

Southern Careers Institute, Inc. $_____.

Steve Wozniak $_____.

_____
Presiding Juror

Dated: _____

**VERDICT FORM D**

We, the jury, duly empaneled and sworn in the above-entitled action, upon our oaths to hereby find in favor of the Defendants.

_____
Presiding Juror

Dated: _____