IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T Reilly,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Steve Wozniak, et al.,<br><br>　　　　Defendants. | No. CV-18-03775-PHX-MTL<br><br>**VERDICT FORM** |

We, the jury, find, as to Plaintiff's claim for copyright infringement, as follows:

1. In favor of Plaintiff Ralph T. Reilly. ☐

    **-OR-**

    In favor of Defendants. ☒

2. In the event the jury finds in favor of Plaintiff in Number 1, above, we find that Plaintiff is entitled to damages from the Defendant(s) in the following amount(s). Enter the appropriate amount against each named Defendant and enter zero if no damages are appropriate.

    a. Steve Wozniak:  $ _____

    b. WozU Education Holdings LLC:  $ _____

    　　TOTAL:  $ _____

_____　　　　　6/9/2021
Foreperson Juror Number　　　　　　　　　　Date