UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ralph T. Reilly, an individual, | ) | Case No.  2:18-cv-03775-PHX-MTL |
| | ) | (Honorable Michael T. Liburdi) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANTS' NOTICE AND** |
| | ) | **MOTION FOR ATTORNEYS' FEES** |
| Steve Wozniak, an individual; Woz U | ) | **AND COSTS UNDER FEDERAL** |
| Education LLC, an Arizona limited | ) | **RULE OF CIVIL PROCEDURE 54** |
| liability company; Woz U Education | ) | **AND 17 U.S.C. §505** |
| Holdings, LLC, a Delaware limited | ) | |
| liability company; Southern Careers | ) | |
| Institute, Inc., a Texas corporation, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Civil Procedure 54(d)(2) and 17 U.S.C. § 505, Defendants Steve Wozniak, Woz U Education LLC, Woz U Education Holdings, LLC, Southern Careers Institute, Inc. (collectively referred to herein as the "Defendants"), through their undersigned attorneys, respectfully move for an award in the amount of $156,474.19, consisting of $153,270.00 in attorneys' fees and $3,204.19 in costs, plus all fees and costs associated with filing a reply in support of this Motion. This motion is made pursuant to 17 U.S.C. § 505 and was made within 14 days of the entry of the Judgment in Civil Case (Dkt. 188).  This Motion is supported by the following Memorandum of Points and Authorities and the Affidavit of Aaron M. Finter, which is attached hereto as **Exhibit A**.  Pursuant to LRCiv 54.2, Defendants have included a Statement of Consultation, which is attached hereto as **Exhibit B**. Lodged concurrently herewith is a Proposed Order Granting the Defendants' Notice and Motion for Attorneys' Fees and Costs.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

Despite overwhelming evidence demonstrating that his claims were legally and factually without merit--and fully apprised of the risk of an adverse fee award--Plaintiff Ralph Reilly ("Plaintiff") insisted on pursuing this frivolous lawsuit up through trial. Having succeeded on every claim brought against every Defendant, and the Plaintiff having received nothing, there can be no doubt that the Defendants were the prevailing parties in this litigation.

Right from the start, Defendants did everything possible to avoid having to incur the expense of litigating Plaintiff's claims.  At his deposition, the Plaintiff was asked "Q: Are you aware that if the defendants prevail, whether it be on summary judgment or at trial, that there is a possibility that the Court may require you to pay the attorneys' fees incurred by the defendants?...A: I don't know".  At the settlement conference in this matter, Judge John Z. Boyle spent very little time discussing settlement with the Defendants.  Instead, Judge Boyle spent most of his time during the settlement conference with the Plaintiff. Judge Boyle shared with the Defendants at the end of the settlement conference that it was highly likely that the Defendants would prevail on summary judgment or at trial.  However, the Plaintiff and his counsel disagreed with Judge Boyle's assessment of the merits of the Plaintiff's claims and the applicable law.  Plaintiff simply would not listen to fact or to reason.

Instead, the Plaintiff demanded that the Defendants pay him $2,959,585 to resolve the claims brought in this litigation.  At trial, Plaintiff's counsel asked the jury to award the Plaintiff $500,000.  Instead, the Plaintiff was awarded nothing.  It is clear that Judge Boyle's assessment of the case was correct.  The Defendants offered the Plaintiff $20,000, which was considered the cost of defense at the time the offer was made.  The settlement offer was rejected by the Plaintiff without a counteroffer.  At that point, Defendants had no choice but to proceed forward with motion practice and eventually trial.

On March 3, 2020, this Court entered an order dismissing Plaintiff's claims for

Money Had and Received [Count II]; Accounting [Count V]. (Dkt. 99).  On March 2, 2021, this Court entered an Order granting summary judgment in favor of the Defendants and against Plaintiff on Plaintiff's claim for Breach of implied in fact contract [Count I]. (Dkt. 145).  The only issue remaining at the time of trial was Plaintiff's claim for copyright infringement [Count III].  Following the trial in this matter, the jury returned its verdict in favor of the Defendants and against Plaintiff on Count III.  Again, there is no question that the Defendants prevailed on every claim asserted in this litigation.

Defendants proceeded reasonably by repeatedly seeking a voluntary dismissal, and, when Plaintiff refused, Defendants resolved the Plaintiff's claims in the most efficient manner available to them. Under the law and facts, as the prevailing parties, Defendants are entitled to an award of their attorneys' fees and costs under the Copyright Act. Defendants respectfully request that the Court award those fees and costs to reimburse them for the expense of having to defend against Plaintiff's frivolous claims.   The Defendants were successful at trial because the established facts and law never supported the claims the Plaintiff sought to advance in this litigation.

## II.   DEFENDANTS ARE ENTITLED TO ATTORNEYS' FEES AND COSTS UNDER THE COPYRIGHT ACT.

"The Copyright Act, 17 U.S.C. § 505, provides that, 'the court in its discretion may allow the recovery of full costs by or against any party . . . [and] may also award a reasonable attorney's fee to the prevailing party as part of the costs.' " *Bernal v. Paradigm Talent and Literary Agency,* 2010 WL 6397561, at *1 (C.D. Cal. June 1, 2010). This provision is symmetrical; prevailing defendants and prevailing plaintiffs are equally entitled to fees and costs. *Fogerty v. Fantasy, Inc*., 510 U.S. 517, 534 (1994). Defendants are unquestionably the "prevailing party" in this action—as the Defendants prevailed on every claim asserted against them in this action, including the claim brought under the Copyright Act.

In determining whether to award attorneys' fees under the Copyright Act, courts may consider the following "nonexclusive" factors: "the degree of success obtained on the

claim; frivolousness; motivation; objective unreasonableness (both in the factual and in the legal components of the case); and the need to advance the considerations of compensation and deterrence." *Bernal*, 2010 WL 6397561, at *2 (citations omitted). Here, each factor compels an award of attorneys' fees and costs to Defendants.

### A. Defendants fully succeeded in obtaining a verdict in their favor on Plaintiff's claims.

"Under the first factor, the Court weighs the party's degree of success in a lawsuit." *DuckHole Inc. v. NBC Universal Media LLC*, 2013 WL 5797204, at *2 (C.D. Cal. Oct. 25, 2013). "This factor weighs more in favor of a party who prevailed on the merits, rather than on a technical defense." *Id*. That is precisely what happened here.  Namely, the Defendants prevailed on the merits of the claims.  More precisely, the Defendants prevailed because the Plaintiff's claims were completely lacking in any merit.

### B. Plaintiff's claims were objectively unreasonable.

"Another relevant factor in deciding whether to award fees under the Copyright Act is whether the positions advanced by the party against whom fees are sought were frivolous." *Shame on You*, 2016 WL 5929245, at *6. "The critical question is whether plaintiff's copyright claim was objectively unreasonable." *Id.; see also Gable v. Nat'l Broadcasting Co*., 2010 WL 11506430, at *5 (C.D. Cal. Aug. 6, 2010) (plaintiff's claim was objectively unreasonable where "[t]he significant differences between the works, on every level except that of unprotected ideas, were obvious from a review of the two works").  Likewise, it is objectively unreasonable for a plaintiff to base its claim of similarity on "elements that, as a matter of settled law, are not copyrightable." *Randolph v. Dimension Films*, 634 F.Supp.2d 779, 794-95 (S.D. Tex. 2009). These indicia of objective unreasonableness are plainly present here.

At trial, the Plaintiff focused on his ideas and concepts for a school utilizing the Wozniak name, and not on any actual similarity between a website and logo copyrighted by the Plaintiff and a website owned and operated by any one of the Defendants. In fact, the Plaintiff did not produce any evidence and made no colorable argument at trial that any

website owned and operated by the Defendants was similar to his copyrighted website.

In the end, the Plaintiff was not able to satisfy the jury that any copying had taken place on the part of any Defendant.   And while Plaintiff has refused (and continues to refuse) to accept this obvious conclusion, he cannot claim the argument took him by surprise.   Defendants long ago advised Plaintiff that it would be asserting that copyright law does not protect ideas or concepts, which has been the Plaintiff's continued focus throughout this litigation.   Plaintiff's decision to pursue his objectively unreasonable claims also weighs in favor of awarding fees and costs.

**C.     Plaintiff's claims were motivated by an improper purpose.**

Bad faith is established where a party pursues unreasonable claims in an "attempt to extract a significant payment from perceived 'deep pocketed' defendants." *Baker v. Urban Outfitters, Inc.*, 431 F.Supp.2d 351, 358 (S.D.N.Y. 2006). Similarly, "an intent to force Defendants to expend significant resources on litigation in order to coerce a settlement" may also evidence bad faith. *Shame on You*, 2016 WL 5929245, at *9. Plaintiff's approach throughout plainly establishes an improper purpose behind this lawsuit.

Defendants represent deep-pocketed targets for litigation, and Plaintiff's conduct demonstrated that this lawsuit was motivated by the desire to extract a large (and entirely unjustified) payout.   Plaintiff refused to back down even in the face of evidence that his theory of access was unreasonable and unfounded.   Plaintiff demanded a multimillion-dollar payout to resolve this matter.   Even at trial, where only one claim remained, the Plaintiff was still demanding half a million dollars, which is the amount that he asked the jury to award him in this action.   Plaintiff's transparent motivation for filing and maintaining his frivolous claims--to "coerce Defendants to pay money to settle a meritless suit" from Defendants--fully justifies an award of attorneys' fees and costs. *Shame on You*, 2016 WL 5929245, at *10.

**D.     Awarding attorneys' fees would serve the interests of compensation and deterrence.**

Defendants were left with no choice but to expend resources to secure dismissal of

the Plaintiff's objectively unreasonable claims, and on that basis "the policies behind the Copyright Act would be violated" if Defendants were required to bear their own fees and costs. *Baker*, 431 F.Supp.2d at 359; *see also Fogerty*, 510 U.S. at 529 ("'The expense of any letigation [sic] is considerable. Unless, therefore, some provision is made for financial protection to a litigant, if successful, it may not pay a party to defend rights, even if valid, a situation opposed to justice . . . It is increasingly recognized that the person who forces another to engage counsel to vindicate, or defend, a right should bear the expense of such engagement and not his successful opponent . . .' " (*quoting* W. Strauss, Damage Provisions of the Copyright Law, Study No. 31 (H. Judiciary Comm. Print 1960))). An award of fees is all the more warranted where, as here, "[d]efendants were forced to defend against plaintiff's claims even after pointing out the fatal flaws from which [plaintiff's] lawsuit suffered." *DuckHole*, 2013 WL 5797204, at *4.

The interest of deterrence would also be served by a fee award here. "[W]hen a copyright infringement claim is objectively unreasonable, deterrence is an important factor." *Randolph*, 634 F.Supp.2d at 796. "An award of costs and fees is crucial . . . so as to deter this plaintiff, and other similarly situated plaintiffs, from bringing unreasonable claims based on a cost/benefit analysis that tells such plaintiffs that they can score big if they win and that there will be no adverse consequences if they lose." *Baker,* 431 F.Supp.2d at 359. Such an award "is necessary to convince [Plaintiff] and other like-minded plaintiffs that federal courts do not exist so that they can pursue meritless claims against 'deep-pocketed' defendants." *Id.* at 360. Without any financial consequences, there is nothing to discourage this Plaintiff or others from filing similarly baseless lawsuits in the future.

**E.    A fee award would further the interests of the copyright act.**

The purpose of copyright protection is "to promote the creation and publication of free expression." *Eldred v. Ashcroft,* 537 U.S. 186, 219 (2003); *see also Feist Publications, Inc. v. Rural Telephone Service Co, Inc.,* 499 U.S. 340, 349 (1991). "The most fundamental axiom of copyright law is that '[n]o author may copyright his ideas." *Feist*, 499 U.S. at 344-45. Rather, copyright law distinguishes "between ideas and expression and makes only

the latter eligible for copyright protection." *Eldred*, 537 U.S. at 219; 17 U.S.C. § 102(b) ("In no case does copyright protection for an original work of authorship extend to any idea.") Thus, a central policy of the Copyright Act is the uninhibited use of ideas in order to create unique, original expression of ideas.

In this case, Plaintiff essentially attempted to monopolize the idea of a high-tech online university utilizing Defendant Wozniak's name.  Further, Plaintiff sued not only Defendant Wozniak and WozU, but two separate entities that have never utilized the WozU website or logo.

The Ninth Circuit acknowledged that a successful defense of a copyright action "may further the policies of the Copyright Act every bit as much as a successful prosecution of an infringement claim by the holder of a copyright." *Fogerty,* 94 F.3d at 559. The Ninth Circuit further recognized that one of the purposes of the Copyright Act is "to encourage 'defendants who seek to advance a variety of meritorious copyright defenses . . . to litigate them to the same extent that plaintiffs are encouraged to litigate meritorious claims of infringement.' " *Id.* at 557-58 (internal quotations and citations omitted). To allow such meritless claims to linger would undermine the Copyright Act's goal of promoting "society's . . . interest in the free flow of ideas, information and commerce." *Sony Corp. v. Universal Studios, Inc.,* 464 U.S. 417, 429 (1984); *see also MiTek Holdings, Inc. v. Arce Eng'g Co.,* 198 F.3d 840, 842-43 (11th Cir. 1999) (successful defense of claim promoted Copyright Act's objective of ensuring " 'that the boundaries of copyright law [are] demarcated as clearly as possible' in order to maximize the public exposure to valuable works.").

## IV.    DEFENDANTS ARE ENTITLED TO ATTORNEYS' FEES FOR DEFENDING AGAINST ALL OF PLAINTIFF'S CLAIMS.

### A.    The Plaintiff's state law and declaratory relief claims are based on the same allegations as his copyright claim.

It is well-settled that a party entitled to attorneys' fees as a prevailing party on a particular claim can also recover attorneys' fees incurred on any "related claims."

*Entertainment Research Group, Inc. v. Genesis Creative Group, Inc.,* 122 F.3d 1211, 1230 (9th Cir. 1997) (*citing Hensley v. Eckerhart*, 461 U.S. 424, 434--35 (1983); *Ackerman v. Western Elec. Co., Inc.*, 860 F.2d 1514, 1520 (9th Cir.1988)). Accordingly, under the Copyright Act, the court can award fees to Defendants not only based on its defense of Plaintiff's Copyright Infringement claim, but also the fees incurred to defend other claims that "were based on the same allegations as the copyright infringement claim." *Counts v. Meriwether*, 2016 WL 1165888, at \*6 (C.D. Cal. Mar. 9, 2016).

Here, each of Plaintiff's other claims were plainly based on the same allegations as his copyright infringement claim. Plaintiff's other claims were essentially reiterations of and inextricably tied to his copyright claim, and as a result, Defendants are entitled to attorneys' fees in connection with their defense of all of Plaintiff's claims.

Plaintiff has asserted throughout this litigation that California law applied to his state law claims. California Civil Code section 1717 authorizes a court to award reasonable attorney's fees based on a contract. Under Civil Code section 1717, attorney's fees are recoverable to a prevailing party in an action to enforce the contract. *Santisas v. Goodin*, 17 Cal.4th 599, 615 (1998). Reasonable attorney's fees shall be fixed by the court and shall be an element of the costs of suit. See Civ. Code, 1717, subd. (b). The Defendants prevailed on Plaintiff's contract claim on summary judgment.

The result is the same under Arizona law. "[I]n federal cases where the controlling substantive law is state law, such as in diversity cases or as to claims where the court is exercising supplemental jurisdiction, attorneys' fees can be awarded under state law." *Poehler v. Fenwick*, No. 2:CV-15-1161-PHX-JWS, 2016 WL 1428095, at \*2 (D. Ariz. Ap. 12, 2016)(citation omitted). Under Arizona state law, "[I]n any contested action arising out of a contract, express or implied, the court may award the successful party reasonable attorney fees." A.R.S. § 12-341.01(A). Therefore, to award attorneys' fees under this statute, the Court must find that this action arises out of a contract, that Defendants are the "successful" or prevailing party, that an award of attorneys' fees is appropriate, and that the requested fees are reasonable. According to the Plaintiff, his breach of contract claim was

8

his primary claim in this litigation.  See Dkt 150, at p. 3 ("Reilly's implied in fact contract claim was his primary claim in this matter…")

## V.   DEFENDANTS' REQUESTED ATTORNEYS' FEES ARE REASONABLE AND NECESSARY.

Once a court determines that fees are warranted under the Copyright Act, it must determine the reasonable value of the work performed. *The Traditional Cat Ass'n v. Gilbreath,* 340 F.3d 829, 833 (9th Cir. 2003).  The moving party bears the burden of establishing the appropriate hours expended and the hourly rates. *Fantasy Inc. v. Fogerty*, 1995 WL 261504, at *2 (N.D. Cal. May 2, 1995).  The court begins by calculating the lodestar, or, "the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983).  The party seeking attorneys' fees bears the burden of producing evidence supporting the hours worked and a reasonable rate; the district court may reduce the award accordingly if insufficient evidence is produced. However, "[t]here is a strong presumption that the lodestar figure is reasonable, and adjustments are to be adopted only in exceptional cases." *Oviatt v. Pearce*, 954 F.2d 1470, 1482 (9th Cir. 1992); *see also Harris v. Marhoefer*, 24 F.3d 16, 18 (9th Cir. 1994) ("Only in rare instances should the lodestar figure be adjusted on the basis of other considerations.").

"[I]n determining the reasonableness of an attorneys' rate, the Court must review the 'prevailing market rates in the relevant community." *Shame on You*, 2016 WL 5929245, at *14. "The proper rate to employ in computing fees is that which a lawyer of comparable skill, experience and reputation would command in the relevant community." *Id*. A declaration by defense counsel supporting its rates and identifying comparable rates approved in other cases constitutes sufficient evidence of the prevailing market rate. *Camacho v. Bridgeport Fin., Inc*., 523 F.3d 973, 980 (9th Cir. 2008).

Defendants here seek recovery of $152,070.00 in attorneys' fees and $3,204.19 in costs actually incurred in defending against Plaintiff's claims (as well as fees incurred in

preparing this Motion, discussed below). Nearly all of the work performed to successfully defend against Plaintiff's claims can be grouped into three categories: (1) investigating the background of Plaintiff's claims and other miscellaneous litigation tasks (such as communications with counsel for Plaintiff, communications with clients; (2) tasks associated with the lead up to and preparation of the various motions filed in the action (researching legal arguments, meet and confer correspondence and discussions, and drafting motion papers); and (3) tasks associated with the lead up to and preparation for trial (researching legal arguments, witness preparation, preparation of exhibits, preparation of trial pleadings).  A total award of $152,070.00 in defense costs is reasonable and in keeping with fee awards granted in other copyright infringement cases, especially given that the matter was ultimately resolved after a jury trial. *See Wall Data, Inc. v. L.A. County Sheriff's* Dept., 447 F.3d 769, 776 (9th Cir. Cal. 2006) (awarding $516,271.00 in attorneys' fees and approximately $38,000.00 in costs); *see also Cadkin v. Bluestone*, 2007 WL 9637060, at *3 (C.D. Cal. Apr. 9, 2007) (awarding attorneys' fees of $116,086.50); *Fogerty*, 94 F.3d at 560 (awarding $1.3 million in fees to the prevailing defendant); *Maljack Prods., Inc. v. GoodTimes Home Video Corp*., 81 F.3d 881, 890 (9th Cir. 1996) (affirming award of over $160,000 in attorneys' fees to defendants); *Mallery v. NBC Universal, Inc*., 2008 WL 719218, at *2 (S.D.N.Y. Mar. 18, 2008) (awarding defendants nearly $100,000 in fees).

The hourly billing rates were likewise reasonable: $325 per hour for Michael Schern (partner), $300 per hour for Aaron Finter (partner) and $95 per hour for Ann Bernzen (paralegal).  The rates the Defendants in this action were changed are lower than the standard rates currently charged by defense counsel to its clients in other similar matters. Those rate levels are consistent with or below the prevailing hour rates for private attorneys of similar skill and experience in the Phoenix legal community.

As set forth in the Finter Declaration, Defendants took a number of steps to try to limit the fees incurred and have been conservative in this Motion. For one, Defendants were all represented by the same firm from the outset of this litigation, which prevented

duplicate work and fees.  Defendants also actively and repeatedly sought a voluntary dismissal from Plaintiff from early on in the litigation and continued to do so throughout.

Defendants carefully compiled and calculated its fees related to the defense of Plaintiff's claims, using the fee invoices prepared monthly.  Before those invoices were sent to Defendants, they were carefully reviewed and through the application of standard billing judgment, all "excessive, redundant, or unnecessary" time was excluded.  Accordingly, the amounts requested are reasonable and appropriate.

## VI.   DEFENDANTS ARE ENTITLED TO REASONABLE FEES INCURRED IN PREPARING THIS MOTION.

Defendants are "entitled to fees incurred in connection with [this] application for fees." *Fantasy, Inc. v. Fogerty*, 1995 WL 261504, at *7 (N.D. Cal. May 2, 1995). Defendants calculated the fees that will be charged to Defendants for preparing this Motion and related pleadings will be $1,200.00, and incorporated that amount into the total figure identified in the Notice of Motion.  Should Plaintiff file an Opposition to this Motion, Defendants will also provide support for the fees associated with preparing their Reply.

## VII.   DEFENDANTS ARE ENTITLED TO RECOVER THEIR COSTS.

Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 provide that a prevailing party is entitled to costs. In addition, "courts 'may allow the recovery of full costs' by the prevailing party in a copyright infringement action, 17 U.S.C. § 505, and the Ninth Circuit has held that the term 'full costs' under § 505 encompasses 'otherwise non-taxable costs, including those that lie outside the scope of [28 U.S.C.] § 1920.'" *Paramount Pictures Corp. v. Int'l Media Films, Inc.*, 2015 WL 12745843, at *10 (C.D. Cal. Feb. 18, 2015) (*citing Twentieth Century Fox Film Corp. v. Entm't Distrib.*, 429 F.3d 869, 885 (9th Cir. 2005)). Defendants request that the Court award reasonable costs incurred in defending this action in the amount of $3,204.19.

## VIII. CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court award attorneys' fees in the total amount of $153,270.00, and $3,204.19 in non-taxable costs

(along with all fees and costs, if any, incurred by Defendants to prepare any Reply in support of this Motion).

DATED this 22nd day of June, 2021.

SCHERN RICHARDSON FINTER, PLC

By /s/ Aaron M. Finter
   Michael A. Schern
   Aaron M. Finter
   1640 S. Stapley Dr., Ste. 132
   Mesa, AZ 85204
   *Attorneys for Defendants*

I hereby certify that on June 22, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Raymond J. Markovich, Esq.
USMAN SHAIKH LAW GROUP
a.k.a. U.S. LAW GROUP
427 N. Canon Drive, Suite #206
Beverly Hills, CA  92010
ray@uslawgroupinc.com
*Attorneys for Plaintiff*

By: /s/Ann Smith

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**

1
2
3

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

4   Ralph T. Reilly, an individual,              )   Case No.  2:18-cv-03775-PHX-MTL
                                                 )   (Honorable Michael T. Liburdi)
5                          Plaintiff,            )
                                                 )
6                                                )
                                                 )
7   vs.                                          )   **DEFENDANTS' AFFIDAVIT IN**
                                                 )   **SUPPORT OF THEIR**
8   Steve Wozniak, an individual; Woz U          )   **APPLICATION FOR ATTORNEYS'**
    Education LLC, an Arizona limited            )   **FEES AND NON-TAXABLE**
9   liability company; Woz U Education           )   **EXPENSES**
    Holdings, LLC, a Delaware limited            )
10  liability company; Southern Careers          )
    Institute, Inc., a Texas corporation,        )
11                                               )
12                                               )
                           Defendants            )
13  _____           )
14

15  STATE OF ARIZONA        )
                            ) ss.
16  County of Maricopa )

17

18      Affiant, Aaron M. Finter, being first duly sworn upon his oath, deposes and states:

19      I am an attorney with the law firm of SChern Richardson Finter, PLC, who

20  represents the Defendants Steve Wozniak, Woz U Education LLC, Woz U Education

21  Holdings, LLC, Southern Careers Institute, Inc., and hereby submit this Affidavit in

22  Support of the Defendants' Notice and Motion for Attorneys' Fees and Costs.

23      This firm bills the Defendants at the rate of: (i) $325 per hour for Michael Schern

24  (partner), $300 per hour for Aaron Finter (partner) and $95 per hour for Ann Bernzen

25  (paralegal).

26      Attached as **Exhibit A** to this Affidavit is an itemization of all the time recorded by

27  the firm, in the above-entitled litigation on behalf of the Defendants.  This detailed

28  description of the time contains the initials of the lawyers and paralegal working on the

file, the amount of time expended measured in tenths of an hour, a brief description of the work performed on a daily basis, and the date the work was performed.

The itemization attached as **Exhibit A** is based upon the individual timesheets maintained by the lawyers and paralegals of Schern Richardson Finter, PLC, on a daily basis. More specifically, the lawyers and paralegals enter their time into a time management computer program as the work is performed. Thereafter, the bills are submitted to the clients on a monthly basis, reflecting the work performed, the charges, and the costs. These are the general practices and procedures that are standard to Schern Richardson Finter, PLC and are within its normal business operations.

Through June 10, 2021, the Defendants have incurred $152,070.00 in legal fees and $3,204.19 in costs. The itemized statement of costs is attached hereto as **Exhibit B**. After reviewing the timesheets and evaluating the efforts necessary to conduct this litigation, I believe these amounts to be reasonable and appropriate, and therefore, the undersigned counsel requests, on behalf of the Defendant that these amounts be awarded.

As the primary attorney responsible for the representation of the Defendants in this matter, I have a thorough knowledge of the case and the services rendered.

I have read the foregoing Affidavit and the accompanying supporting documents and believe the facts contained therein to be true and correct.

DATED this 22nd day of June, 2021.

SCHERN RICHARDSON FINTER, PLC


By _____
Michael A. Schern
Aaron M. Finter
1640 S. Stapley Dr., Ste. 132
Mesa, AZ 85204
*Attorneys for Defendants*

2

1    SUBSCRIBED AND SWORN before me this 22nd day of June, 2021.

2

3                                                      

4                                                      Notary Public

5    My commission expires:

6

7    February 18, 2022

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**<u>EXHIBIT A</u>**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REILLY v. WOZ U

ATTORNEYS' FEES

| DATE | ATTY | RATE | TIME | ACTIVITY | Amount |
|---|---|---|---|---|---|
| 8/14/18 | MAS | $ 325 | 0.80 | Correspondence with CCR regarding Reilly matter. No Charge.  Review complaint packet and demand from Reilly's attorney. | $ 260.00 |
| 8/20/18 | MAS | $ 325 | 2.00 | Lengthy telephone call with attorney representing Ralph Reilly v. WOZ U etc. Discuss merits.  Further review of claim and copyright matters. Follow up correspondence to opposing counsel.No Charge. | $ 650.00 |
| 8/21/18 | MAS | $ 325 | 1.90 | Further review of Reilly background and extensive background search to determine involvement in previous litigation in preparation of response to opposing counsel. | $ 617.50 |
| 11/28/18 | MAS | $ 325 | 2.00 | Receive service of process of complaint packet.  Telephone call with CCR regarding same.  Review complaint packet and court docket.  Review whether Plaintiff's counsel has been admitted pro hac. | $ 650.00 |
| 12/10/18 | AMF | $ 300 | 5.80 | Detailed review of all pleadings on file. Review of court docket to confirm the receipt of all pleadings to date. Review of issues related to service of process and jurisdiction. Review of applicable case law and statutes related to the claims presented in determination of next step | $ 1,740.00 |
| 12/19/18 | AMF | $ 300 | 0.70 | Review of applicable rules related to default and deadlines for the filing of an Answer or responsive pleading.  Preparation of Motion for Extension of Time to File an Answer. Preparation of draft Order regarding the same. (Client Courtesy - No Charge). | No Charge |
| 12/19/18 | MAS | $ 325 | 0.50 | Multiple correspondence with opposing counsel regarding answers for various parties and deadlines for same regarding stipulations, etc.  Follow up AMF regarding same.  (Client Courtesy - No Charge). | No Charge |
| 12/19/18 | MAS | $ 325 | 1.70 | Review, revise, edit motion for extension of time to file an answer or responsive pleading.  Follow up with opposing counsel regarding same.  Meeting with AMF regarding same. | $ 552.50 |
| 12/20/18 | MAS | $ 325 | 2.00 | Telephone call with CCR and follow up meeting with AMF regarding Defendants.  Discuss motion to dismiss regarding same. | $ 650.00 |
| 1/15/19 | MAS | $ 325 | 3.00 | Telephone call with CCR regarding this office's representation and defense of all Defendants icluding SCI. No Charge  Meeting with AMF regarding same.  Prepare answer to complaint on behalf of all Defendants. Review court docket regarding same and follow up conference with AMF. No Charge | $ 975.00 |
| 1/16/19 | AMF | $ 300 | 2.10 | Review of Complaint in preparation of changes to draft Answer. Review and revise draft Answer. Review of applicable statutes pertaining to venue. Preparation of changes to draft Answer. Preparation of Motion for Extension of Time to Answer for Defendant Southern. Preparation of Proposed Order Granting Motion for Extension of Time to Answer for Defendant Southern. | $ 630.00 |
| 1/16/19 | MAS | $ 325 | 3.00 | Receive/review correspondence regarding answer filing.  No Chargee.  Finalize Answer for all Defendants and file same.  Review, revise, edit Motion to Extend Time for Filing Answer and Proposed Order and exhibits thereto.  Lengthy discussion with AMF regarding same.  No Chargee.  Correspondence with opposing counsel via email and telephone regarding same. | $ 975.00 |
| 1/22/19 | AMF | $ 300 | 0.20 | Review incoming pleadings, Order Granting Parties Stipulation for Extension of Time to Answer Complaint. | $ 60.00 |
| 1/23/19 | MAS | $ 325 | 0.50 | Receive/review Order from Court setting Status Conference/Scheduling Conference for March 12, 2019. Discuss with AMF regarding proposed case management report. No Charge | $ 162.50 |
| 1/23/19 | AMF | $ 300 | 0.30 | Review incoming pleadings, Order regarding Scheduling Conference, Proposed Case Management plan and upcoming hearings. | $ 90.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| Date | Atty | Rate | | Hours | Description | | Amount |
|------|------|------|---|-------|-------------|---|--------|
| 1/29/19 | AMF | $ | 300 | 2.80 | Detailed review of pleadings in preparation of mandatory initial disclosures and potential discovery. | $ | 840.00 |
| 2/5/19 | AMF | $ | 300 | 6.30 | Preparation of draft electronic preservation letter. Commence preparation of draft mandatory initial disclosures. Detailed review of case law and statutes pertaining to Plaintiff's claims including defenses to the copyright infringement claims. Discussion with MAS regarding preemption of Plaintiff's state law claims. | $ | 1,890.00 |
| 2/19/19 | AMF | $ | 300 | 0.20 | Discussion with MAS regarding Court's Order regarding meet and confer and mandatory disclosures. | $ | 60.00 |
| 3/4/19 | AMF | $ | 300 | 0.20 | Review incoming pleadings- Motion to Appear Telephonically. | $ | 60.00 |
| 3/5/19 | MAS | $ | 325 | 1.50 | Receive/review Plaintiff's Disclosure Statement and discuss with AMF in detail and work on disclosure statement for WOZ U. | $ | 487.50 |
| 3/6/19 | AMF | $ | 300 | 0.50 | Review of e-mail discussion with David Weems regarding information needed. Review of draft Mandatory Initial Disclosure. E-mail to Jacob and David regarding the same. | $ | 150.00 |
| 3/6/19 | AMF | $ | 300 | 0.50 | Preparation for and participation in telephone call with Jacob and David regarding information needed to complete the Mandatory Initial Disclosures. | $ | 150.00 |
| 3/6/19 | AMF | $ | 300 | 0.80 | Review incoming pleadings including Notice of Service of Plaintiff's Mandatory Initial Disclosures, Affirmation of Plaintiff's counsel,  Order regarding Plaintiff's Motion to Appear Telephonically.  Review incoming documents, Plaintiff's Mandatory Initial Disclosure. | $ | 240.00 |
| 3/7/19 | AMF | $ | 300 | 0.40 | E-mail discussion with opposing counsel regarding discussion of Joint Report. | $ | 120.00 |
| 3/7/19 | AMF | $ | 300 | 2.70 | Review revise and finalize draft responses to Mandatory Initial Disclosures.  E-mail communication with David regarding the same. Preparation of Corporate Disclosure Statements for WOZU Education, WOZU Education Holdings and Southern Careers Institute. E-mail Discussion with Dave regarding the same. | $ | 810.00 |
| 3/7/19 | AMF | $ | 300 | 0.60 | E-mail discussion with client regarding Corporate Disclosure Statements.  Review and revise Corporate Disclosure Statements in accordance with discussion with client. | $ | 180.00 |
| 3/8/19 | AMF | $ | 300 | 2.30 | Review incoming pleadings, Plaintiff's draft Case Management Order.  Preparation of revisions and additions thereto including Defendant's portion of the case management plan. Communications with Plaintiff's counsel regarding the case management plan and changes to be made thereto. Review of communications with Plaintiff's counsel in preparation for upcoming hearing. | $ | 690.00 |
| 3/8/19 | AMF | $ | 300 | 0.40 | Review incoming information regarding Southern Careers Institute Corporate Structure.  Review revise and finalize Corporate Disclosure Statement. | $ | 120.00 |
| 3/8/19 | AMF | $ | 300 | 0.40 | Discussions with opposing counsel regarding Case Management Plan. | $ | 120.00 |
| 3/12/19 | AMF | $ | 300 | 3.80 | Detailed review of file in preparation of written discovery requests. Commence preparation of written discovery requests including Request for Production of Documents, Request for Admissions and Non Uniform Interrogatories. | $ | 1,140.00 |
| 3/12/19 | AMF | $ | 300 | 2.90 | Final preparation for and attendance at Hearing regarding Proposed Case Management Order. | $ | 870.00 |
| 3/12/19 | AMF | $ | 300 | 0.30 | E-mail to opposing counsel regarding proposed deadlines. | $ | 90.00 |
| 3/13/19 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Minute Entry regarding recent Scheduling Conference and additional information requested by the court. | $ | 60.00 |
| 3/14/19 | AMF | $ | 300 | 3.90 | Final preparation of Defendant's First Discovery Set to Plaintiff including Request for Production of Documents, Request for Admission and Non Uniform Interrogatories. | $ | 1,170.00 |

REILLY v. WOZ U

ATTORNEYS' FEES

| Date | Initials | | Rate | Hours | Description | | Amount |
|------|----------|---|------|-------|-------------|---|--------|
| 3/14/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding proposed deadlines. | $ | 60.00 |
| 3/14/19 | AMF | $ | 300 | 1.20 | Preparation of draft protective order. | $ | 360.00 |
| 3/18/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding deadlines for expert disclosure and amendment of the pleadings. | $ | 60.00 |
| 3/19/19 | AMF | $ | 300 | 0.40 | Telephone call with opposing counsel regarding changes to the Joint Case Management Plan. | $ | 120.00 |
| 3/19/19 | AMF | $ | 300 | 0.30 | Review of revised Joint Case Management Plan. E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 4/2/19 | MAS | $ | 325 | 0.50 | Receive/review Rule 16 Scheduling Order as entered by Court.  Discussion with AMF regarding same. | $ | 162.50 |
| 4/12/19 | AMF | $ | 300 | 0.30 | Detailed review of file in preparation of status update to client. Status update to client. | $ | 90.00 |
| 4/15/19 | AMF | $ | 300 | 1.30 | Review incoming documents, Plaintiff's discovery responses.  Determination of incomplete and evasive discovery responses that must be supplemented. Review of applicable case law in determining future actions. | $ | 390.00 |
| 4/16/19 | AMF | $ | 300 | 0.30 | Review of research regarding the statute of frauds defense. | $ | 90.00 |
| 4/18/19 | AMF | $ | 300 | 0.50 | Review of research regarding the applicability of California law to the claims at issue. | $ | 150.00 |
| 4/25/19 | AMF | $ | 300 | 5.20 | Detailed review of Defendant's discovery requests to Plaintiff and Plaintiff's discovery responses in preparation of correspondence to Plaintiff's counsel regarding discovery disputes.  Review of case law rules and statutes relating to copyright infringement defenses including case law pertaining to matters which may not be copyrighted, including ideas, facts, names and likenesses. | $ | 1,560.00 |
| 4/26/19 | AMF | $ | 300 | 2.30 | Review of applicable case law regarding copyright act preemption of state law claims. Preparation of correspondence to opposing counsel regarding the copyright act preemption of Plaintiff's state law claims and request for the voluntary dismissal of the claims for accounting, declaratory relief and money had and received. | $ | 690.00 |
| 4/26/19 | AMF | $ | 300 | 1.80 | Review of case law regarding choice of law.  Review of applicable sections of the Plaintiff's Complaint. Preparation of correspondence to opposing counsel regarding choice of law. | $ | 540.00 |
| 4/26/19 | AMF | $ | 300 | 0.80 | Review of documents disclosed with Plaintiff's discovery requests. | $ | 240.00 |
| 4/26/19 | AMF | $ | 300 | 0.20 | E-mail communication to David and Jacob regarding status update. | $ | 60.00 |
| 4/29/19 | AB | $ | 95 | 1.00 | Draft shell for WOZ U Education LLC's responses to Plaintiff's Initial Discovery. | $ | 95.00 |
| 4/29/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding a meet and confer. | $ | 60.00 |
| 4/30/19 | AB | $ | 95 | 0.50 | Draft shell for WOZ U Education Holdings LLC's responses to Plaintiff's Initial Discovery. Draft shell for Steve Wozniak's responses to Plaintiff's Initial Discovery. Draft shell for Southern Careers Institute's responses to Plaintiff's Initial Discovery. | $ | 47.50 |
| 5/1/19 | AMF | $ | 300 | 0.40 | Preparation for and participation in telephone conference with opposing counsel regarding meet and confer prior to filing Motion to Dismiss. | $ | 120.00 |
| 5/13/19 | AMF | $ | 300 | 1.20 | Review, revise and finalize Motion to Dismiss Counts II, VI and V of Plaintiff's Complaint. | $ | 360.00 |
| 5/22/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding Plaintiff's opposition to the Defendant's Motion to Dismiss. | $ | 60.00 |
| 5/30/19 | AMF | $ | 300 | 0.50 | Review of documents regarding WOZ U in determination of future actions. | $ | 150.00 |
| 5/31/19 | AMF | $ | 300 | 0.20 | Continued discussion with opposing counsel regarding Reply to Motion to Dismiss. | $ | 60.00 |

| Date | Atty | Rate | | Hours | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 5/31/19 | AMF | $ | 300 | 0.30 | Review, revise, edit Motion for Extension of Time to Reply to Motion to Dismiss and Order regarding same. | $ | 90.00 |
| 6/3/19 | AMF | $ | 300 | 0.30 | Review upcoming deadlines.  Email to opposing counsel regarding Request for Extension on the Reply to the Motion to Dismiss. | $ | 90.00 |
| 6/5/19 | AMF | $ | 300 | 0.20 | Review incoming pleadings, signed Order granting Defendant's Motion for Extension of Time. | $ | 60.00 |
| 6/6/19 | AMF | $ | 300 | 7.80 | Review and analyze case law cited by Plaintiff in Plaintiff's Objection in Response to Defendant's Purported Motion to Dismiss Causes of Action 2,4 and 5, including the case law related to accounting claim for monies had and received, Declaratory Judgment, copy write act and preemption of the same. | $ | 2,340.00 |
| 6/7/19 | AMF | $ | 300 | 7.20 | Preparation of Defendants' Reply to its Motion to Dismiss Counts 2,4 and 5 of Plaintiff's Complaint including addressing the case law cited by the Plaintiff in his Response. | $ | 2,160.00 |
| 6/10/19 | AMF | $ | 300 | 0.50 | Determination of best course of action in eliminating and or resolving Count 1 of the Plaintiff's Complaint for breach of implied contract. | $ | 150.00 |
| 6/10/19 | AMF | $ | 300 | 0.50 | Review of draft responses to Plaintiff's Discovery Requests.  E-mail to David and Jacob regarding information needed to complete responses to Plaintiff's Discovery Requests. | $ | 150.00 |
| 6/11/19 | AMF | $ | 300 | 2.40 | Review draft Discovery Responses. Review of Plaintiff's Complaint and Defendant's Answer in preparation of revisions to Discovery Responses.  Review and revise Defendant's Discovery Responses. E-mail to David and Jacob regarding the same. | $ | 720.00 |
| 6/12/19 | AMF | $ | 300 | 0.30 | Review of additional case law regarding Defendant's arguments in support of the dismissal of Plaintiff's implied contract claim. | $ | 90.00 |
| 6/28/19 | AMF | $ | 300 | 1.20 | Revise draft Motion for Judgment on the Pleadings.  Email discussion with opposing counsel regarding same. | $ | 360.00 |
| 7/1/19 | AMF | $ | 300 | 0.80 | Preparation for and participation in telephone call with opposing counsel regarding the filing of a Motion to Dismiss Counts I and II of the Complaint, the need for a Protective Order and Discovery issues.  Review of file following telephone call with opposing counsel. | $ | 240.00 |
| 7/2/19 | AMF | $ | 300 | 0.40 | Meeting with ARC regarding procedural arguments to be raised in the Rule 12(c) Motion. | $ | 120.00 |
| 7/2/19 | AMF | $ | 300 | 0.50 | Review of legal research pertaining to the filing of Defendant's Motion for Judgment on the Pleadings regarding Plaintiff's Contract Claims. E-mail to opposing counsel regarding the same. | $ | 150.00 |
| 7/12/19 | MAS | $ | 325 | 1.50 | Review, revise, edit Motion on the Pleadings as to Count 1.  Confernce with AMF regarding the same. | $ | 487.50 |
| 7/12/19 | AMF | $ | 300 | 2.30 | Review, revise and finalize Defendant's Steve Wozniak's Motion for Judgment on the Pleading as to Count 1 of Plaintiff's Complaint. | $ | 690.00 |
| 8/1/19 | AMF | $ | 300 | 1.80 | Detailed review of Motion for Judgment on the Pleadings and Plaintiff's Response thereto. Review of case law cited in the Plaintiff's response. | $ | 540.00 |
| 8/2/19 | AMF | $ | 300 | 1.80 | Determination of issues to be addressed in the Reply to the Defendant's Motion for Judgment on the Pleadings.  Preparation of revisions and changes to the draft of Defendant's Motion for Judgment on the Pleadings. | $ | 540.00 |
| 8/5/19 | AMF | $ | 300 | 1.50 | Review of draft Protective Order. Preparation of potential revisions thereto.  E-mail discussion with opposing counsel regarding draft Protective Order. | $ | 450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/8/19 | AMF | $ 300 | 0.40 | Review and revise correspondence to be sent to opposing counsel regarding Plaintiff's inadequate discovery responses. | $ | 120.00 |
| 8/9/19 | AMF | $ 300 | 0.20 | Review incoming correspondence from opposing counsel regarding potential discovery dispute. | $ | 60.00 |
| 8/28/19 | AMF | $ 300 | 0.40 | Review incoming e-mail from opposing counsel regarding revised Protective Order. Review of revised Protective Order. E-mail to opposing counsel regarding the same. | $ | 120.00 |
| 9/9/19 | AMF | $ 300 | 0.20 | Review of filed pleadings, Motion for Protective Order. | $ | 60.00 |
| 9/9/19 | AMF | $ 300 | 0.20 | E-mail discussion with opposing counsel regarding Protective Order. | $ | 60.00 |
| 9/18/19 | AMF | $ 300 | 0.20 | Review incoming Order regarding reassignment of the case to Judge Liburdi. | $ | 60.00 |
| 10/22/19 | AMF | $ 300 | 0.30 | E-mail discussion with opposing counsel regarding potential discovery dispute. | $ | 90.00 |
| 10/24/19 | AMF | $ 300 | 1.30 | Preparation for and participation in extended telephone conference with opposing counsel regarding Defendant's discovery responses, Plaintiff's objection thereto, potential future discovery and issues related to the case that may assist in resolving the claims. | $ | 390.00 |
| 10/25/19 | AMF | $ 300 | 0.30 | Review incoming documents, Plaintiff's Expert Disclosure and Certificate of Service. | $ | 90.00 |
| 10/25/19 | AMF | $ 300 | 0.80 | Determination of potential documents to be disclosed in the action. Preparation of detailed e-mail to Jacob and David regarding the same. | $ | 240.00 |
| 10/29/19 | AMF | $ 300 | 0.70 | Review incoming e-mails from Jacob regarding the applicable operating agreement for the company. E-mail to opposing counsel regarding the same and the structure of the relationship with Steve Wozniak. Review of operating agreement provided by Jacob. | $ | 210.00 |
| 11/4/19 | AMF | $ 300 | 0.50 | Review of financial information for WOZU Holdings and related companies in determining affect on possible settlement on the action. | $ | 150.00 |
| 11/4/19 | AMF | $ 300 | 0.20 | Review incoming pleadings, Notice of Service of Plaintiff's Disclosure of Expert Testimony. | $ | 60.00 |
| 11/6/19 | AMF | $ 300 | 0.40 | Review of draft Second Supplemental Disclosure Statement.  Preparations of revisions thereto. | $ | 120.00 |
| 11/6/19 | AMF | $ 300 | 0.70 | Review of information recently provided to the Plaintiff's attorney.  Determination of arguments favoring dismissal of the Plaintiff's claims. E-mail to Plaintiff's counsel regarding defects in the Plaintiff's claims. | $ | 210.00 |
| 11/13/19 | AMF | $ 300 | 0.20 | Telephone call with the court's judicial assistant regarding the status of the two pending motions. | $ | 60.00 |
| 11/13/19 | AMF | $ 300 | 4.70 | Detailed case analysis including review of all upcoming deadlines. Review of all witnesses and exhibits disclosed by the Plaintiff. Review of applicable case law and statutes pertaining to the Plaintiff's damage claim and review of pending motions on file with the court in determining additional pleadings to be filed. | $ | 1,410.00 |
| 11/19/19 | AMF | $ 300 | 0.20 | E-mail discussion with opposing counsel regarding document production and meeting to discuss the same. | $ | 60.00 |
| 11/20/19 | AMF | $ 300 | 0.20 | E-mail discussion with opposing counsel regarding dates for the deposition of the Plaintiff. | $ | 60.00 |
| 11/20/19 | AMF | $ 300 | 6.20 | Determination of upcoming deadlines.  Determination of additional witness to be disclosed and exhibits to be disclosed in the litigation. Review of case law rules and statutes in preparation of Defendants' Motion to Exclude Plaintiff's Expert Disclosure.  Commence preparation of Defendants' Motion to Exclude Plaintiff's Expert Disclosure. E-mail to Jacob and David regarding the same and additional information needed. | $ | 1,860.00 |

| 11/21/19 | AMF | $ | 300 | 1.80 | Review of additional case law in support of the Defendants' Motion to Exclude Plaintiff's Expert Witness Disclosure. Review and revise draft of Defendants' Motion to Exclude Plaintiff's Untimely Expert Opinions. | $ | 540.00 |
|---|---|---|---|---|---|---|---|
| 11/21/19 | AMF | $ | 300 | 1.20 | Review of case law rules and statutes in preparing arguments regarding choice of law. | $ | 360.00 |
| 11/21/19 | AMF | $ | 300 | 0.20 | E-mail discussion with David regarding possible witnesses and information possessed by each. | $ | 60.00 |
| 11/22/19 | AB | $ | 95 | 0.50 | Bates label documents to accompany Defendants' Third Supplemental Discovery Responses. | $ | 47.50 |
| 11/22/19 | AMF | $ | 300 | 0.70 | Preparation for and participation in telephone conference with David and Jacob regarding potential witnesses and exhibits to be disclosed in the case. | $ | 210.00 |
| 11/22/19 | AMF | $ | 300 | 2.40 | Review incoming e-mail from Dave regarding agreement with SCI.  Review of agreement with SCI. Preparation of Defendants' Third Supplemental Disclosure Statement.  E-mail to David and Jacob regarding the same. | $ | 720.00 |
| 11/22/19 | AMF | $ | 300 | 0.30 | Continued discussion with David regarding issues related to the Third Supplemental Disclosure Statement. | $ | 90.00 |
| 11/25/19 | AB | $ | 95 | 0.50 | Finalize Defendants' Third Supplemental Discovery. Prepare Notice of Service of Defendants' Third Supplemental Discovery for filing. | $ | 47.50 |
| 11/25/19 | AB | $ | 95 | 0.50 | Prepare Proposed Order to Defendants' Motion to Exclude Plaintiff's Untimely Expert Disclosure for filing. | $ | 47.50 |
| 11/25/19 | AMF | $ | 300 | 0.20 | Review and revise draft Order granting Defendants' Motion to Exclude. | $ | 60.00 |
| 11/25/19 | AMF | $ | 300 | 0.20 | Review of Notice of Service of Third Supplemental Disclosures. | $ | 60.00 |
| 11/27/19 | AMF | $ | 300 | 0.40 | Review incoming documents received from David regarding work on preparation of the curriculum offered by WOZU. CommeNo Chargee preparation of supplemental disclosure regarding the same. | $ | 120.00 |
| 11/27/19 | AMF | $ | 300 | 1.20 | Review incoming pleadings, Notice of Deposition of Steve Wozniak. Review of documents requested in the Notice of Deposition. Review of applicable federal rules.  E-mail to Jacob and David regarding Notice of Deposition of Steve Wozniak and potential objections thereto.  Determination of additional objections to be raised to the Notice of Deposition. | $ | 360.00 |
| 12/2/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding deposition dates. | $ | 60.00 |
| 12/3/19 | AB | $ | 95 | 0.50 | Draft shells for Production of Documents requested in Notice of Deposition. | $ | 47.50 |
| 12/4/19 | AMF | $ | 300 | 0.50 | Review of objections to the request for production of documents contained in the deposition notices directed to WOZ U Education Holdings, WOZ U Education, Southern Careers Institute and Steve Wozniak. | $ | 150.00 |
| 12/4/19 | AMF | $ | 300 | 0.70 | Review of the rules of civil procedure related to depositions by oral examination determining objections to be raised. Determination of potential objections to be raised regarding Plaintiff's deposition notices. | $ | 210.00 |
| 12/10/19 | AMF | $ | 300 | 0.50 | Review incoming pleadings, Plaintiff's response and opposition to Defendants' Motion to Exclude Plaintiff's Untimely Expert Disclosure. | $ | 150.00 |
| 12/11/19 | AMF | $ | 300 | 1.50 | Review of the Plaintiff's opposition to Defendants' Motion to Exclude Expert Witnesses. Preparation of Defendants' reply to their Motion to Exclude Plaintiff's Untimely Expert Disclosure. | $ | 450.00 |
| 12/18/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding upcoming depositions. | $ | 60.00 |
| 12/18/19 | AMF | $ | 300 | 0.30 | Review case status.  Detailed e-mail to David regarding the same and assistance needed. | $ | 90.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/19/19 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding meet and confer. | $ | 60.00 |
| 12/20/19 | AMF | $ | 300 | 0.20 | E-mail discussion with David Weems regarding Defendants' availability for their depositions. | $ | 60.00 |
| 12/20/19 | AMF | $ | 300 | 0.20 | Telephone call with opposing counsel regarding issues related to discovery and upcoming depositions. | $ | 60.00 |
| 12/23/19 | AMF | $ | 300 | 0.30 | E-mail discussion with opposing counsel regarding issues related to the Plaintiff's deposition notices and defiencies therein. | $ | 90.00 |
| 12/27/19 | AMF | $ | 300 | 0.70 | Review incoming Amended Deposition Notices. Review incoming deposition notices for the 30(b)(6) witness for SCI, WozU Education and WozU Education Holdings, LLC.  Determination of best course of action moving forward. E-mail to David and Jacob regarding the next steps with regards to the depositions. | $ | 210.00 |
| 12/28/19 | AMF | $ | 300 | 0.30 | Determination of need for additional objections to documents requested in the Amended Deposition Notices. E-mail discussion with Jacob regarding the same. | $ | 90.00 |
| 1/9/20 | AMF | $ | 300 | 4.10 | Review incoming e-mail from opposing counsel regarding Plaintiff's First Supplemental Disclosure. Review of exhibits attached thereto. Review of upcoming deposition schedule.  E-mail to David and Jacob regarding the same. Preparation of detailed e-mail to opposing counsel regarding issues related to the recently disclosed documents.  Preparation of Defendants' Fifth Supplemental Disclosure Statement. E-mail to David regarding the same. | $ | 1,230.00 |
| 1/9/20 | AMF | $ | 300 | 0.40 | E-mail discussion with David regarding the changes to the Fifth Supplemental Disclosure Statement. Revise Fifth Supplemental Disclosure Statement. E-mail to David regarding the same. | $ | 120.00 |
| 1/9/20 | AMF | $ | 300 | 0.50 | Review of Objections to Amended Deposition Notices for the 30(b)(6) representative of Southern Careers Institute, WozU Education and WozU Education Holdings. | $ | 150.00 |
| 1/9/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding Plaintiff's deposition. (Client Courtesy - No Charge). | No Charge | |
| 1/10/20 | AMF | $ | 300 | 0.20 | Review incoming documents, Notice of Service of Supplemental Initial Discovery Responses filed by the Plaintiff. | $ | 60.00 |
| 1/10/20 | AMF | $ | 300 | 0.20 | Review incoming e-mail from opposing counsel regarding issues related to the scheduling of the upcoming depositions. E-mail to Jacob and David regarding the same and information needed. | $ | 60.00 |
| 1/10/20 | AMF | $ | 300 | 0.20 | E-mail to Ken Hardesty regarding telephone conference to discuss communications with the Plaintiff. (Client Courtesy - No Charge). | No Charge | |
| 1/13/20 | AMF | $ | 300 | 1.00 | Review incoming pleadings, Plaintiff's Letter Concerning Ongoing Discovery Dispute and exhibits attached thereto. E-mail to Jacob and David regarding the same.  Continued e-mail discussion with Jacob and Deb regarding issues related to the depositions and discovery motion. | $ | 300.00 |
| 1/13/20 | AMF | $ | 300 | 0.50 | Review of court rules and Order entered in determining how best to respond to the Plaintiff's discovery related motion. | $ | 150.00 |
| 1/13/20 | AMF | $ | 300 | 0.70 | Preparation for and participation in telephone conference with Jacob and David regarding issues related to depositions and financial documents. | $ | 210.00 |
| 1/13/20 | AMF | $ | 300 | 0.40 | Detailed e-mail to opposing counsel regarding issues related to the 30(b)(6) deposition of the entity Defendants.  Review incoming e-mail from David regarding depositions and financial disclosures. | $ | 120.00 |
| 1/14/20 | AB | $ | 95 | 0.20 | Draft Proposed Order regarding Motion to Strike Plaintiff's Letter Concerning Ongoing Discovery Disputes. | $ | 19.00 |

REILLY v. WOZ U

ATTORNEYS' FEES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/14/20 | AMF | $ | 300 | 0.20 | Continued e-mail discussion with opposing counsel and David regarding issues related to upcoming depositions. | $ | 60.00 |
| 1/14/20 | AMF | $ | 300 | 0.30 | Review and revise Motion to Strike Plaintiff's Letter Concerning Ongoing Discovery Dispute. | $ | 90.00 |
| 1/14/20 | AMF | $ | 300 | 0.30 | Review incoming pleadings, Order granting Motion to Strike. E-mail to David and Jacob regarding the same. | $ | 90.00 |
| 1/15/20 | AB | $ | 95 | 0.30 | Bates label documents WOZU00096-00151. | $ | 28.50 |
| 1/15/20 | AB | $ | 95 | 0.50 | Bates label documents WOZU00152-00239. Draft Sixth Supplemental Disclosure Statement. Forward same to AMF for review. | $ | 47.50 |
| 1/15/20 | AMF | $ | 300 | 3.90 | Detailed review of incoming documents including WozU Education Holdings audited financial statements, WozU Education Holding LLC's agreement with SCI, WozU Education Holding LLC's second amended and updated operating agreement, WozU Education Holdings license agreement with Steve Wozniak.  E-mail discussions with Jonathan Crowley regarding the same. Detailed e-mail to opposing counsel regarding recently disclosed confidential documents and their relevance to the Plaintiff's merit-less claims. | $ | 1,170.00 |
| 1/15/20 | AMF | $ | 300 | 0.40 | Review and revise the Defendants' Sixth Supplemental Disclosure Statement. E-mail to David Weems regarding the same. | $ | 120.00 |
| 1/15/20 | AMF | $ | 300 | 0.30 | Telephone call with opposing counsel regarding discovery issues. | $ | 90.00 |
| 1/15/20 | AMF | $ | 300 | 0.20 | Continued discussion with Jonathan Crowley regarding payments received by Wozniak. | $ | 60.00 |
| 1/16/20 | AMF | $ | 300 | 0.30 | E-mail discussion with David Weems regarding telephone call with Plaintiff's counsel and documents recently disclosed. | $ | 90.00 |
| 1/16/20 | AMF | $ | 300 | 0.40 | Review incoming documents, Plaintiff's First Supplemental Disclosures. | $ | 120.00 |
| 1/21/20 | AMF | $ | 300 | 0.20 | E-mail discussion with David regarding his confirmation of the cancellation of the deposition scheduled for this week. | $ | 60.00 |
| 1/21/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding meet and confer. | $ | 60.00 |
| 1/22/20 | AMF | $ | 300 | 0.90 | Extended telephone call with opposing counsel regarding issues related to discovery, additional document requests and depositions to be scheduled. | $ | 270.00 |
| 1/22/20 | AMF | $ | 300 | 0.20 | E-mail discussion with David and Jacob regarding the deposition dates for Wozniak and Ken Hardesty. | $ | 60.00 |
| 1/23/20 | AMF | $ | 300 | 0.20 | E-mail discussion with Jonathon Crowley regarding information regarding payments made pursuant to the license agreement. | $ | 60.00 |
| 1/24/20 | JCS | $ | 300 | 0.60 | Review financial statements provided by J. Crowley in preparation to send to AMF. | $ | 180.00 |
| 1/27/20 | AMF | $ | 300 | 0.20 | E-mail discussion with David regarding issues related to depositions. | $ | 60.00 |
| 1/27/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding issues related to depositions. | $ | 60.00 |
| 1/28/20 | AMF | $ | 300 | 0.50 | Extended telephone call with Ken Hardesty regarding issues related to the Plaintiff's factual allegations and deposition. | $ | 150.00 |
| 1/28/20 | AMF | $ | 300 | 0.30 | E-mail to David and Jacob regarding telephone call with Ken Hardesty.  E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 1/28/20 | AMF | $ | 300 | 0.20 | Continued discussion with opposing counsel regarding the deposition of Steve Wozniak. | $ | 60.00 |

| Date | Initials | Rate | | Hours | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 1/29/20 | AMF | $ | 300 | 0.30 | Review of objection to the amended request for production of documents contained in the deposition notice of Steve Wozniak. | $ | 90.00 |
| 1/29/20 | AMF | $ | 300 | 0.70 | Review of additional documents to be disclosed related to financials for 2017 and 2018 | $ | 210.00 |
| 1/29/20 | AMF | $ | 300 | 1.20 | E-mail to Ken Hardesty regarding e-mail communications with the Plaintiff.  Commence preparation of Affidavit of Ken Hardesty. | $ | 360.00 |
| 1/30/20 | AB | $ | 95 | 0.30 | Bates documents to be included in Seventh Supplemental Disclosure Statement.  Draft Seventh Supplemental Disclosure Statement.  Forward same to AMF for review. | $ | 28.50 |
| 1/30/20 | AMF | $ | 300 | 0.50 | Review and revise joint letter of pending motions. E-mail to opposing counsel regarding the same. Review of pending motions in preparation of revisions to the same. | $ | 150.00 |
| 1/30/20 | AMF | $ | 300 | 1.30 | Continued preparation of draft Affidavit of Ken Hardesty.  Review of file documents in preparation of the same. E-mail to Ken regarding draft Affidavit. | $ | 390.00 |
| 1/30/20 | AMF | $ | 300 | 2.50 | Review incoming e-mail from opposing counsel regarding stipulation to extend the discovery cut off. Review of scheduling order in preparation of revisions to the draft stipulation. Review and revise draft stipulation to extend the discovery cut off. Extensive e-mail discussion with opposing counsel regarding issues related to the same.  Determination of matters to be completed before the discovery cut off. | $ | 750.00 |
| 1/30/20 | AMF | $ | 300 | 0.30 | Review incoming e-mail from opposing counsel regarding the stipulation and order to extend the discovery deadline. E-mail discussion with opposing counsel regarding joint letter regarding pending motions. | $ | 90.00 |
| 1/31/20 | AMF | $ | 300 | 1.10 | Review incoming e-mail from Ken regarding revisions to draft Affidavit. Review of revised Affidavit. Preparation of additional changes and additions thereto. E-mail to Ken regarding further revisions to the Affidavit. | $ | 330.00 |
| 1/31/20 | AMF | $ | 300 | 0.70 | Extended telephone call with Ken Hardesty regarding revisions to his draft Affidavit.  Preparation of revisions to draft Affidavit. E-mail to Ken regarding the same. | $ | 210.00 |
| 1/31/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding deposition dates. | $ | 60.00 |
| 1/31/20 | AMF | $ | 300 | 0.60 | Review incoming e-mail from Ken regarding executed notarized Affidavit.  Revise and finalize the Defendants' Seventh Supplemental Disclosure to include the Affidavit. E-mail to opposing counsel regarding the same. | $ | 180.00 |
| 2/3/20 | AB | $ | 95 | 0.20 | Draft Notice of Service of Seventh Supplemental Responses to Mandatory Initial Discovery for filing. | $ | 19.00 |
| 2/3/20 | AB | $ | 95 | 0.20 | Finalize Joint Letter of Pending Motions for filing. | $ | 19.00 |
| 2/3/20 | AMF | $ | 300 | 0.30 | Review incoming documents, seventh supplemental disclosure with verification signed by David Weems. E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 2/3/20 | AMF | $ | 300 | 0.30 | Review incoming e-mail from opposing counsel regarding joint letter regarding pending motions and approval of the same. Finalize joint letter for filing. | $ | 90.00 |
| 2/3/20 | AMF | $ | 300 | 0.30 | E-mail discussion with opposing counsel regarding upcoming depositions.  E-mail to David and Jacob regarding the same. | $ | 90.00 |
| 2/3/20 | AMF | $ | 300 | 0.30 | Revise and finalize Notice of Service regarding the Defendants' Seventh Supplemental Disclosure. | $ | 90.00 |
| 2/3/20 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Order granting Stipulated Motion for Extension of Discovery Deadlines. (Client Courtesy - No Charge). | No Charge | |

REILLY v. WOZ U
ATTORNEYS' FEES

| 2/4/20 | AMF | $ | 300 | 0.40 | E-mail discussion with opposing counsel, Ken Hardesty and David regarding the deposition of Ken Hardesty. | $ | 120.00 |
|---|---|---|---|---|---|---|---|
| 2/4/20 | AMF | $ | 300 | 2.30 | Commence preparation for the upcoming deposition of Ken Hardesty. Gather and organize documents to be reviewed by Ken in preparation for his upcoming deposition. Commence preparation of notes regarding issues to be addressed prior to the deposition. | $ | 690.00 |
| 2/5/20 | AMF | $ | 300 | 0.50 | Telephone call with Ken Hardesty regarding the scheduling of his deposition and matters related thereto. E-mail to opposing counsel regarding the deposition of Ken Hardesty. E-mail discussion with opposing counsel regarding missing e-mails. | $ | 150.00 |
| 2/5/20 | AMF | $ | 300 | 1.30 | Continued preparation of upcoming deposition of Ken Hardesty. | $ | 390.00 |
| 2/7/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding upcoming deposition of Ken Hardesty. | $ | 60.00 |
| 2/10/20 | AMF | $ | 300 | 0.30 | E-mail discussion with opposing counsel regarding issues related to the Ken Hardesty deposition. | $ | 90.00 |
| 2/11/20 | AMF | $ | 300 | 1.40 | Preparation for and participation in telephone conference with Ken Hardesty regarding deposition preparation. | $ | 420.00 |
| 2/12/20 | AMF | $ | 300 | 3.00 | Travel to San Jose for deposition of Ken Hardesty. | $ | 900.00 |
| 2/13/20 | AMF | $ | 300 | 3.10 | Meeting with Ken to prepare for deposition. Attendance at deposition of Ken Hardesty. | $ | 930.00 |
| 2/13/20 | AMF | $ | 300 | 3.00 | Travel time to Phoenix regarding Ken Hardesty deposition. | $ | 900.00 |
| 2/14/20 | AMF | $ | 300 | 0.20 | Review incoming e-mail from Ken regarding additional e-mail communication regarding the Sarta convention Wozniak attended in 2011. | $ | 60.00 |
| 2/18/20 | AMF | $ | 300 | 0.40 | Review incoming e-mail from David regarding Ken Hardesty's deposition and case status. Detailed review of notes from Ken Hardesty's deposition in preparation of response to the same. Detailed e-mail to David and Jacob regarding Ken Hardesty's deposition and planned future actions. | $ | 120.00 |
| 2/18/20 | AMF | $ | 300 | 0.20 | E-mail discussion with Ken Hardesty regarding deposition of Steve Wozniak. | $ | 60.00 |
| 2/18/20 | AMF | $ | 300 | 0.40 | Review and revise Defendants' Eighth Supplemental Disclosure. E-mail to David Weems regarding the same. | $ | 120.00 |
| 2/19/20 | AB | $ | 95 | 0.30 | Finalize 8th Supplemental Disclosure Statement. Draft Notice of Service for 8th Supplemental Disclosure Statement for filing. | $ | 28.50 |
| 2/26/20 | AMF | $ | 300 | 0.20 | E-mail discussion with David Weems regarding status of the case. (Client Courtesy - No Charge). | No Charge | |
| 3/3/20 | AMF | $ | 300 | 0.60 | Review incoming pleadings, Order granting in part Defendants' Motion to Dismiss. E-mail discussion with David regarding the same. Review incoming pleadings, Order setting status conference in the matter. | $ | 180.00 |
| 3/7/20 | AMF | $ | 300 | 0.20 | Review incoming e-mail from opposing counsel regarding deposition of Steve Wozniak. E-mail to Ken Hardesty regarding the same. | $ | 60.00 |
| 3/10/20 | AMF | $ | 300 | 0.20 | E-mail discussion with David and Jacob regarding e-mail received from opposing counsel regarding the deposition of Steve Wozniak. | $ | 60.00 |
| 3/10/20 | AMF | $ | 300 | 0.30 | Review incoming pleadings, Order granting Defendants' Motion to Exclude Plaintiff's Untimely Expert Disclosure. E-mail to David and Jacob regarding the same. | $ | 90.00 |
| 3/11/20 | AMF | $ | 300 | 1.10 | Review of additional case law to determine the effect of the recent rulings from the court on Plaintiff's remaining claims and changes to be made in the planned Motion for Summary Judgment. | $ | 330.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/11/20 | AMF | $ | 300 | 1.20 | Review incoming e-mail from opposing counsel regarding Joint Letter concerning the deposition of Steve Wozniak. Review of the draft Joint Letter. Preparation of Defendants' additions to the same.  E-mail to opposing counsel regarding revised Joint Letter. | $ | 360.00 |
| 3/12/20 | AMF | $ | 300 | 0.30 | Review incoming e-mail from opposing counsel regarding revised Joint Letter.  Review of revised Joint Letter. E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 3/12/20 | AMF | $ | 300 | 0.40 | Review and revise the Defendants' Ninth Supplemental Disclosure Statement. E-mail to David Weems regarding the same. | $ | 120.00 |
| 3/13/20 | AMF | $ | 300 | 0.40 | Review incoming e-mail from opposing counsel regarding further revisions to the Joint Letter to be filed with the court. Review of revised Joint Letter.  E-mail to opposing counsel regarding the same. | $ | 120.00 |
| 3/13/20 | AMF | $ | 300 | 0.30 | Review incoming pleadings, Ex Parte Motion for Leave to Appear Telephonically filed by the Plaintiff. Review incoming e-mail from Plaintiff's counsel regarding Motion to Appear Telephonically. | $ | 90.00 |
| 3/13/20 | AMF | $ | 300 | 1.00 | Preparation for upcoming status conference with the court. | $ | 300.00 |
| 3/13/20 | AMF | $ | 300 | 0.40 | E-mail discussion and telephone call with Ken Hardesty regarding Steve Wozniak's deposition and recent Order by the court. | $ | 120.00 |
| 3/15/20 | AMF | $ | 300 | 0.30 | Telephone call with Ken regarding Wozniak deposition.  E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 3/16/20 | AMF | $ | 300 | 3.80 | Telephone call with opposing counsel regarding issues to be discussed at the upcoming status conference. Preparation for and participation in the status conference with the court. | $ | 1,140.00 |
| 3/16/20 | AMF | $ | 300 | 0.30 | Review incoming Minute Entry regarding status conference and order that the parties engage in good faith settlement discussions. E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 3/16/20 | AMF | $ | 300 | 0.30 | Telephone call with Ken regarding issues related to the Wozniak deposition. E-mail to opposing counsel regarding the same. | $ | 90.00 |
| 3/16/20 | AMF | $ | 300 | 0.40 | Continued discussion with opposing counsel regarding issues related to the deposition of Steve Wozniak. | $ | 120.00 |
| 3/16/20 | AMF | $ | 300 | 0.30 | Continued e-mail discussion with opposing counsel regarding issues related to court ordered settlement conference. | $ | 90.00 |
| 3/17/20 | AMF | $ | 300 | 0.20 | Continued discussion with Ken and opposing counsel regarding dates for the deposition of Wozniak. | $ | 60.00 |
| 3/17/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding Joint Request for Appointment of a Magistrate Judge to conduct a settlement conference. | $ | 60.00 |
| 3/17/20 | AMF | $ | 300 | 0.50 | Extended telephone call with Ken regarding issues related to the upcoming deposition of Steve Wozniak and likely areas of questioning as well as case status and rulings on recent motions. | $ | 150.00 |
| 3/17/20 | AB | $ | 95 | 0.50 | Draft Stipulated Motion for Extension of Time regarding discovery. Forward to AMF for review. | $ | 47.50 |
| 3/17/20 | AB | $ | 95 | 0.30 | Draft Notice of Deposition of Ralph T. Reilly.  Forward same to AMF for review. | $ | 28.50 |
| 3/17/20 | AMF | $ | 300 | 0.30 | Continued discussion with Ken and opposing counsel regarding the dates for the deposition of the Plaintiff and Steve Wozniak. | $ | 90.00 |
| 3/19/20 | AB | $ | 95 | 0.20 | Finalize Stipulated Motion for Extension of time.  Forward same to opposing counsel for review. | $ | 19.00 |
| 3/19/20 | AB | $ | 95 | 0.30 | Daft Notice of Deposition of Ralph T. Rielly for filing with the court. Forward to AMF for review. | $ | 28.50 |
| 3/19/20 | AMF | $ | 300 | 2.40 | Review incoming e-mail from court reporter regarding deposition transcript. Review of the deposition transcript from the deposition of Ken Hardesty. Preparation of notes regarding the same.  E-mail to Ken Hardesty regarding his deposition transcript and possible corrections to be made thereto. | $ | 720.00 |

REILLY v. WOZ U

ATTORNEYS' FEES

| 3/19/20 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Order regarding status conference and good faith settlement discussions. | $ | 60.00 |
|---|---|---|---|---|---|---|---|
| 3/19/20 | AMF | $ | 300 | 0.40 | Preparation of revisions and additions to the draft Joint Stipulation to Extend the Discovery Deadline. | $ | 120.00 |
| 3/19/20 | AMF | $ | 300 | 0.30 | Review and revise the Notice of Deposition regarding Ralph Reilly. | $ | 90.00 |
| 3/19/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding appointment of magistrate judge. | $ | 60.00 |
| 3/19/20 | AMF | $ | 300 | 0.20 | Review of draft Notice of Deposition of Plaintiff Ralph T. Reilly. | $ | 60.00 |
| 3/20/20 | AMF | $ | 300 | 0.40 | Review incoming e-mail from opposing counsel regarding joint letter to the court. Review and revise joint letter.  E-mail to opposing counsel regarding the same. | $ | 120.00 |
| 3/20/20 | AMF | $ | 300 | 0.30 | Review incoming Order regarding settlement conference with a magistrate judge. E-mail to Jacob and David regarding the same. | $ | 90.00 |
| 3/26/20 | AMF | $ | 300 | 3.70 | Review of file materials in preparation of Affidavit of Steve Wozniak including documents disclosed and pleadings filed. Preparation of draft Affidavit of Steve Wozniak. E-mail to Ken Hardesty regarding the same. | $ | 1,110.00 |
| 3/27/20 | AMF | $ | 300 | 0.20 | Review upcoming deadlines.  E-mail to opposing counsel regarding the same and contacting the judge for the settlement conference. | $ | 60.00 |
| 3/27/20 | AMF | $ | 300 | 0.30 | E-mail discussion with opposing counsel and court's judicial assistant regarding the settlement conference and the status of the Order extending the Discovery and Dispositive Motion Deadline. | $ | 90.00 |
| 3/31/20 | AB | $ | 95 | 0.30 | Draft proposed order to Motion for Extension of deadlines.  Forward to AMF and file. | $ | 28.50 |
| 3/31/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding Stipulated Motion for Extension of the Discovery Deadline. | $ | 60.00 |
| 3/31/20 | AMF | $ | 300 | 0.20 | Review and revise draft Order granting Motion for Extension of Deadlines. | $ | 60.00 |
| 3/31/20 | AMF | $ | 300 | 0.20 | Review incoming Order granting the requested Stipulation to extend discovery deadlines. | $ | 60.00 |
| 4/7/20 | AMF | $ | 300 | 0.20 | Communications with court reporter and opposing counsel regarding deposition of the Plaintiff. | $ | 60.00 |
| 4/9/20 | AMF | $ | 300 | 0.20 | Telephone call with Ken regarding issues related to depositions, discovery and affidavit of Steve Wozniak. | $ | 60.00 |
| 4/9/20 | AMF | $ | 300 | 0.20 | Follow-up telephone call with Ken regarding issues related to the deposition of the Plaintiff and the deposition of Steve Wozniak and potential scheduling issues related to the same. | $ | 60.00 |
| 4/9/20 | AMF | $ | 300 | 0.20 | E-mail discussion with court's staff regarding scheduling of a settlement conference. | $ | 60.00 |
| 4/13/20 | AMF | $ | 300 | 0.20 | Continued discussion with court's judicial assistant and opposing counsel regarding the scheduling of a settlement conference in the matter. | $ | 60.00 |
| 4/16/20 | AMF | $ | 300 | 0.20 | Continued discussion with Jacob and David regarding attendance at the settlement conference. | $ | 60.00 |
| 4/17/20 | AMF | $ | 300 | 0.50 | Continued discussion with the court's staff, opposing counsel and clients regarding dates for the settlement conference and issues related thereto. | $ | 150.00 |
| 4/17/20 | AMF | $ | 300 | 0.40 | Continued discussion with the court's staff, opposing counsel and clients regarding issues related to the settlement conference. | $ | 120.00 |
| 4/20/20 | AMF | $ | 300 | 0.40 | Review incoming Order related to the upcoming settlement conference and related deadlines. E-mail to clients regarding the same. | $ | 120.00 |
| 4/27/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding depositions by video conference. | $ | 60.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| Date | Initials | Rate | Hours | Description | Amount |
|---|---|---|---|---|---|
| 4/30/20 | AMF | $ 300 | 0.50 | E-mail discussion with opposing counsel regarding discovery and dispositive motion deadlines. Review and revise draft stipulation prepared by opposing counsel. | $ 150.00 |
| 5/7/20 | AMF | $ 300 | 0.20 | E-mail discussion with court's judicial assistant regarding information need for the upcoming settlement conference. | $ 60.00 |
| 5/8/20 | AMF | $ 300 | 0.20 | E-mail discussion with opposing counsel regarding issues related to the upcoming settlement conference. | $ 60.00 |
| 5/13/20 | AMF | $ 300 | 0.20 | E-mail discussion with David regarding upcoming settlement conference. | $ 60.00 |
| 5/14/20 | AMF | $ 300 | 0.30 | Review status of receipt of written settlement offer from the Plaintiff. E- mail to Plaintiff's counsel regarding the same. | $ 90.00 |
| 5/15/20 | AMF | $ 300 | 0.40 | Review incoming documents, correspondence from opposing counsel regarding Plaintiff's settlement demand. E-mail to client regarding the same. | $ 120.00 |
| 5/15/20 | AMF | $ 300 | 0.20 | Telephone call with Jacob regarding issues related to the Plaintiff's settlement demand and upcoming settlement conference. | $ 60.00 |
| 5/15/20 | AMF | $ 300 | 0.10 | Telephone call with Ken regarding Plaintiff's settlement demand. | $ 30.00 |
| 5/15/20 | AMF | $ 300 | 2.80 | Review of file in preparation of draft response to the Plaintiff's settlement demand. Preparation of draft response to Plaintiff's settlement demand including detailed information regarding the status of the Plaintiff's claims and the deficiencies regarding the same. E-mail to clients regarding the same. | $ 840.00 |
| 5/18/20 | AMF | $ 300 | 0.50 | Review incoming e-mail from Jacob regarding approval of the Response to Plaintiff's settlement demand. Review and revise settlement demand. E-mail to opposing counsel regarding the same. | $ 150.00 |
| 5/18/20 | AMF | $ 300 | 3.40 | Review of file materials in preparation of the Defendant's confidential settlement conference memorandum. Review of court's Order regarding the same. Preparation of Defendants' confidential settlement conference memorandum.   E-mail to clients regarding the same. | $ 1,020.00 |
| 5/20/20 | AB | $ 95 | 0.50 | Finalize settlement conference memorandum to be delivered to the court. Contact process server to deliver memorandum to court. | $ 47.50 |
| 5/26/20 | AMF | $ 300 | 0.30 | E-mail discussion with Jacob regarding issues related to the mediation memorandum filed by the Defendants. E-mail discussion with Jacob regarding preparing for the upcoming settlement conference. | $ 90.00 |
| 5/26/20 | AMF | $ 300 | 0.20 | Continued discussion with Jacob regarding issues related to the upcoming settlement conference. | $ 60.00 |
| 5/26/20 | AMF | $ 300 | 1.20 | Review incoming e-mail from opposing counsel regarding Plaintiff's settlement memorandum. Review of Plaintiff's redacted settlement conference memorandum.  Preparation for and participation in telephone conference with Jacob and David regarding upcoming settlement conference. | $ 360.00 |
| 5/26/20 | AB | $ 95 | 0.50 | Prepare settlement conference binder for May 28, 2020 settlement conference. | $ 47.50 |
| 5/26/20 | AMF | $ 300 | 0.20 | Telephone call with Ken regarding issues related to the upcoming settlement conference. | $ 60.00 |
| 5/27/20 | AMF | $ 300 | 0.30 | Participation in telephone call with Steve Wozniak regarding issues related to the upcoming settlement conference. | $ 90.00 |
| 5/28/20 | AMF | $ 300 | 2.50 | Preparation for and participation in court ordered settlement conference. E-mail discussion with clients regarding the same and future actions. | $ 750.00 |
| 6/2/20 | AMF | $ 300 | 0.20 | Review incoming pleadings, Minute Entry regarding recent settlement conferernce. | $ 60.00 |

| Date | Atty | Rate | | Hours | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 6/5/20 | AMF | $ | 300 | 0.30 | E-mail discussion with opposing counsel regarding Joint Report to the court. E-mail to Ken regarding possible deposition of Steve Wozniak. | $ | 90.00 |
| 6/5/20 | AMF | $ | 300 | 0.40 | Review incoming e-mail from opposing counsel regarding Joint Status Report to the court. Review and revise Joint Status Report. E-mail to opposing counsel regarding the same. | $ | 120.00 |
| 6/7/20 | AMF | $ | 300 | 0.30 | E-mail discussion with Ken and opposing counsel regarding deposition of Steve Wozniak. | $ | 90.00 |
| 6/8/20 | AB | $ | 95 | 0.20 | Draft Notice of Deposition of Ralph Reilly. Forward same to AMF for review. | $ | 19.00 |
| 6/8/20 | AB | $ | 95 | 0.20 | Draft Notice of Service of Notice of Deposition of Ralph Reilly. File same. | $ | 19.00 |
| 6/8/20 | AMF | $ | 300 | 0.30 | Continued discussion with opposing counsel and Ken regarding the deposition of Steve Wozniak. | $ | 90.00 |
| 6/8/20 | AMF | $ | 300 | 0.20 | Review of Notice of Deposition of Plaintiff Ralph Reilly. | $ | 60.00 |
| 6/8/20 | AMF | $ | 300 | 0.30 | Telephone call with Ken Hardesty regarding issues related to the upcoming deposition of Steve Wozniak. | $ | 90.00 |
| 6/9/20 | AMF | $ | 300 | 0.40 | E-mail to Ken regarding likely issues to be raised at the deposition. | $ | 120.00 |
| 6/9/20 | AMF | $ | 300 | 2.30 | Preparation for and participation in video conference deposition of Steve Wozniak. Telephone call and e-mail to Ken regarding the same. | $ | 690.00 |
| 6/9/20 | AMF | $ | 300 | 2.40 | Preparation of notes and exhibits for the upcoming deposition of Ralph Reilly. | $ | 720.00 |
| 6/10/20 | AMF | $ | 300 | 0.30 | Review case status. E-mail to Jacob and David regarding the same including upcoming depositions and the status of the Motion for Summary Judgment. | $ | 90.00 |
| 6/11/20 | AMF | $ | 300 | 5.70 | Continued preparation for deposition of Plaintiff Ralph Reilly. Preparation of additional exhibits for use at the deposition. Attendance at the deposition of Ralph Reilly. | $ | 1,710.00 |
| 6/15/20 | AB | $ | 95 | 0.50 | Draft Tenth Supplemental Disclosure. Bates label attachments. Sent to AMF for review. E-mail and mail to opposing counsel. | $ | 47.50 |
| 6/15/20 | AMF | $ | 300 | 0.40 | Identification of additional documents to be disclosed. | $ | 120.00 |
| 6/19/20 | AMF | $ | 300 | 1.30 | Review of applicable case law rules and statutes in preparation of the Defendants' Motion for Summary Judgment. | $ | 390.00 |
| 6/22/20 | AMF | $ | 300 | 7.90 | Detailed review of the transcripts of the deposition of the Plaintiff and Steve Wozniak in preparation of Defendants' Motion for Summary Judgment. Review of applicable case law regarding Plaintiff's copyright claim and claim for breach of implied contract and declaratory relief. Commence preparation of additions to Defendants' Motion for Summary Judgment. | $ | 2,370.00 |
| 6/23/20 | AMF | $ | 300 | 0.40 | E-mail discussion with David regarding information needed for an upcoming audit. Review of cases in preparation of the same. Preparation of detailed e-mail to David regarding status of current cases. | $ | 120.00 |
| 6/25/20 | AMF | $ | 300 | 0.20 | Brief telephone call with Ken Hardesty regarding status of the Motion for Summary Judgment and additional information needed. | $ | 60.00 |
| 6/30/20 | AMF | $ | 300 | 9.20 | Continued preparation of Defendants' Motion for Summary Judgment and Statement of Facts in support of Defendants' Motion for Summary Judgment. Review and revise arguments regarding breach of implied contract, copyright infringement and declaratory judgement. Review and revise Defendants' Statement of Facts. | $ | 2,760.00 |
| 7/1/20 | AMF | $ | 300 | 1.20 | Continued preparation of Motion for Summary Judgment. Add additional arguments related to the Plaintiff's declaratory judgment claim. | $ | 360.00 |

| Date | Initials | Rate | | Hours | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 7/12/20 | AMF | $ | 300 | 5.20 | Final preparation of revisions to draft Motion for Summary Judgment and Statement of Facts in support thereof.  Preparation of changes to the Defendants' list of exhibits for its Motion for Summary Judgment. E-mail to David, Jacob and Ken regarding the same. | $ | 1,560.00 |
| 7/13/20 | AB | $ | 95 | 0.70 | Preparation of exhibits 1-9 for Statement of Facts in Support of Motion for Summary Judgment. | $ | 66.50 |
| 7/13/20 | AB | $ | 95 | 0.30 | Draft Proposed Order regarding Motion to Page Exceed Page Limit. | $ | 28.50 |
| 7/13/20 | AMF | $ | 300 | 0.20 | E-mail discussion with David regarding draft Motion for Summary Judgment. | $ | 60.00 |
| 7/13/20 | AMF | $ | 300 | 1.30 | Finalize drafts of the Motion for Summary Judgment, Statement of Facts in Support of Defendants' Motion for Summary Judgment and Defendants' Index of Exhibits. | $ | 390.00 |
| 7/14/20 | AMF | $ | 300 | 0.20 | Review incoming e-mails from Jacob, Ken and Steve Wozniak regarding the draft Motion for Summary Judgment. | $ | 60.00 |
| 7/15/20 | AMF | $ | 300 | 1.40 | Telephone call with Dave and Jacob regarding filing of exhibits under seal. Review of applicable rules. Preparation of Motion to File Exhibits 8 and 9 Under Seal. Preparation of Order granting the same. | $ | 420.00 |
| 7/15/20 | AMF | $ | 300 | 0.20 | Continued discussion with Jacob and Ken regarding issues related to the Motion for Summary Judgment. | $ | 60.00 |
| 8/4/20 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Order Granting the Defendants' Motion to File Under Seal. | $ | 60.00 |
| 8/14/20 | AMF | $ | 300 | 0.20 | E-mail discussion with opposing counsel regarding filing exhibits under seal. | $ | 60.00 |
| 8/25/20 | AMF | $ | 300 | 6.90 | Continued detailed review of the arguments raised in the Plaintiffs' Response to the Defendants' Motion for Summary Judgment. Review of the Plaintiffs' Controverting and Additional Statement of Facts. Continued preparation of the Plaintiffs' Reply to their Motion for Summary Judgment. | $ | 2,070.00 |
| 8/31/20 | AMF | $ | 300 | 1.10 | Continued preparation of the Defendants' Reply to their Motion for Summary Judgment. | $ | 330.00 |
| 9/1/20 | AMF | $ | 300 | 6.80 | Review, revise, supplement and complete draft of the Reply to the Defendants' Motion for Summary Judgment. Analyze arguments made in the Motion and Plaintiffs' Response thereto and completion of the same. Email to Jacob, David, Ken and Steve regarding the draft Reply. | $ | 2,040.00 |
| 9/1/20 | AMF | $ | 300 | 0.10 | Brief telephone call with Ken regarding the Reply to Defendants' Motion for Summary Judgment and likely future actions in the case. | $ | 30.00 |
| 9/2/20 | AMF | $ | 300 | 0.30 | Review incoming pleadings, Order Granting Motion to Seal and related pleadings. | $ | 90.00 |
| 9/3/20 | AMF | $ | 300 | 0.50 | Review and revise the Reply to Defendants' Motion for Summary Judgment in preparation for filing. | $ | 150.00 |
| 10/19/20 | AMF | $ | 300 | 0.20 | Email discussion with David regarding status of the Ruling on our pending Motion for Summary Judgment. | $ | 60.00 |
| 11/4/20 | AMF | $ | 300 | 0.20 | Email discussion with Ken regarding the status of the ruling on the pending Motion for Summary Judgment.  (Client Courtesy - No Charge). | No Charge | |
| 3/2/21 | AMF | $ | 300 | 1.00 | Detailed review of the court's recent Order in determining future actions. | $ | 300.00 |
| 3/3/21 | AB | $ | 95 | 0.30 | Draft Joint Stipulation to Continue Trial-Setting conference. | $ | 28.50 |
| 3/3/21 | AB | $ | 95 | 0.20 | Telephone call to the JA regarding the need to have the March 18, 2021 Trial Setting Conference continued. | $ | 19.00 |
| 3/3/21 | AMF | $ | 300 | 0.20 | Email discussion with opposing counsel regarding upcoming hearing. | $ | 60.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| Date | Atty | Rate | | Hours | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 3/4/21 | AB | $ | 95 | 0.30 | Forward draft of Joint Stipulation to Continue the Trial Setting Conference to AMF for review.  Review AMF's changes. Send draft to opposing counsel for review and permission to sign.  Finalize Joint Stipulation to Continue for filing.  Email to court's JA regarding the filing of the Joing Stipulation to Continue. | $ | 28.50 |
| 3/4/21 | AMF | $ | 300 | 0.20 | Review and revise draft Stipulation to Continue and Order granting the same. | $ | 60.00 |
| 3/4/21 | AMF | $ | 300 | 0.20 | Review incoming Order granting Motion to Continue Trial Setting Conference. | $ | 60.00 |
| 3/9/21 | AMF | $ | 300 | 1.10 | Review of the District Court's recent general orders pertaining to trials. Review of pleadings in preparation of detailed email to clients regarding ruling on the Motion for Summary Judgment and future actions. | $ | 330.00 |
| 3/9/21 | AMF | $ | 300 | 0.20 | Telephone call with Ken Hardesty regarding issues related to the recent rulings and the upcoming trial setting conference. | $ | 60.00 |
| 3/22/21 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Plaintiff's Motion to Appear Telephonically and signed Order granting the Plaintiff's Motion to Appear Telephonically. | $ | 60.00 |
| 3/24/21 | AMF | $ | 300 | 4.80 | Review incoming pleadings, Plaintiff's Motion for Certification and Plaintiff's Proposed Order regarding his Motion for Certification. Review of the case law cited in the Plaintiff's Motion.  Review of case law in preparation of a response to the Plaintiff's Motion for Certification. | $ | 1,440.00 |
| 3/25/21 | JCS | $ | 300 | 0.30 | Review email from AMF to client; meet with AMF re: 3 day jury trial. | $ | 90.00 |
| 3/25/21 | AMF | $ | 300 | 2.80 | Review of applicable case law regarding copyright infringement in preparation for upcoming hearing. Determination of remaining issues to be decided in the case and work to be performed. | $ | 840.00 |
| 3/25/21 | AMF | $ | 300 | 2.20 | Final preparation for and attendance at pretrial conference. | $ | 660.00 |
| 3/25/21 | AMF | $ | 300 | 0.50 | Review incoming Order regarding final pretrial conference and jury trial.  Email to clients regarding the same. | $ | 150.00 |
| 3/25/21 | AMF | $ | 300 | 1.70 | Continued preparation of the response to the Plaintiff's Motion for Certification. | $ | 510.00 |
| 3/26/21 | AMF | $ | 300 | 2.20 | Completion of the Defendants' Response to the Plaintiff's Motion for Certification. | $ | 660.00 |
| 4/5/21 | AMF | $ | 300 | 0.40 | Review incoming pleadings, Plaintiff's Reply to Response to the Motion to Amend the Court's Recent Ruling. | $ | 120.00 |
| 4/5/21 | AMF | $ | 300 | 2.10 | Review of applicable case law rules and statutes in preparation of the Defendants' Motion regarding the license agreement. | $ | 630.00 |
| 4/6/21 | AMF | $ | 300 | 0.30 | Email discussion with Jacob and David regarding the upcoming trial and issues related thereto. | $ | 90.00 |
| 4/6/21 | AMF | $ | 300 | 6.80 | Continued preparation of Motion in Limine number one regarding the Plaintiff's claimed damages. Review of applicable rules and statutes in preparation of the same. Commence draft of Motion in Limine number one regarding the exclusion of Plaintiff's claim for damages under Rule 37.  Review of documents disclosed in the litigation to determine potential exhibits to be used at trial.  Continued preparation of Motion in Limine number 2 regarding the license agreement.  Commence preparation of proposed Jury Instructions. | $ | 2,040.00 |
| 4/8/21 | AMF | $ | 300 | 2.40 | Detailed review of the deposition transcript from the deposition of the Plaintiff in determining portions to be utilized at the upcoming trial as well as issues to be addressed in the Motions in Limine. | $ | 720.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| Date | Initials | | Rate | Hours | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 4/13/21 | AMF | $ | 300 | 0.30 | Review incoming Order denying Plaintiff's Motion to Amend the Court's Order to permit interlocutory appeal. | $ | 90.00 |
| 4/14/21 | AMF | $ | 300 | 7.30 | Continued preparation for trial.  Review of the court's form for the Joint Proposed Final Pre Trial Order. Determination of information for the Defendants' portion to be completed. Identification of potential exhibits to be utilized at the trial. Designation of portions of the deposition transcripts of the Plaintiff, Steve Wozniak and Ken Hardesty that may be used at trial.  Identification of potential witnesses to be called at trial. Commence preparation of the legal issues, contested legal issues and facts. Commence preparation of the potential stipulated uncontested facts and law. | $ | 2,190.00 |
| 4/15/21 | AMF | $ | 300 | 1.70 | Completed the draft of the Motion in Limine number one regarding Plaintiff's damage calculation.  Email to opposing counsel regarding Motions in Limine and need to discuss other trial related issues. | $ | 510.00 |
| 4/15/21 | AMF | $ | 300 | 0.70 | Determination of additional Motions in Limine to be filed pertaining to SCI and WOZ U Education Holdings, LLC.  Email to clients regarding potential witnesses for the upcoming trial. | $ | 210.00 |
| 4/15/21 | JCS | $ | 300 | 0.30 | Motion in Limine strategy meeting with AMF re: WOZ Holdings and SCI. | $ | 90.00 |
| 4/16/21 | AMF | $ | 300 | 2.40 | Preparation for and participation in meet and confer with opposing counsel regarding potential Motions in Limine to be filed. Review of case law referenced by opposing counsel during discussion.  Commence preparation of Motion in Limine No. 2 regarding claims against SCI and WOZU Education Holdings for contributory and vicarious liability on the infringement claim. | $ | 720.00 |
| 4/21/21 | AMF | $ | 300 | 0.30 | Email discussion with opposing counsel regarding Plaintiff's failure to disclose damage calculation. Review of documents received from the Plaintiff regarding the same. | $ | 90.00 |
| 4/26/21 | AMF | $ | 300 | 0.40 | Email discussion with opposing counsel regarding issues related to the Defendants' Proposed Motion in Limine No. 1.  Review of the scheduling Order in responding to comments raised by opposing counsel. | $ | 120.00 |
| 4/26/21 | AMF | $ | 300 | 0.20 | Continued discussion with opposing counsel regarding the difference between a settlement demand and a damage calculation under Rule 26. | $ | 60.00 |
| 4/27/21 | AMF | $ | 300 | 1.70 | Review, revise and finalize draft Motion in Limine No. 1 regarding Plaintiff's damage claim. Preparation of draft Order granting the same. | $ | 510.00 |
| 4/27/21 | AMF | $ | 300 | 4.10 | Review of case law in preparation of Defendants' Motion in Limine No. 2 regarding contributory and vicarious copyright infringement.  Preparation of additions to Defendants' Motion in Limine No. 2 regarding copyright infringement and finalize the same.  Preparation of draft Order granting Defendants' Motion in Limine No. 2. | $ | 1,230.00 |
| 4/28/21 | AB | $ | 95 | 0.20 | Finalize and file Defendants' Motion in Limine No. 2.  Email the same to the Court's JA and opposing counsel.(No Charge - Client Courtesy). | | No Charge |
| 5/3/21 | AMF | $ | 300 | 3.20 | Review of the Plaintiff's draft of the Final Joint Pre-Trial Order. Preparation of the Defendants' portions of the Final Joint Pre-Trial Order. Email to clients regarding issues related thereto. | $ | 960.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/6/21 | AMF | $ | 300 | 9.10 | Preparation for and participation in telephone conference with Jacob and David regarding the potential witnesses and exhibits to be used at trial and issues related thereto. Telephone call with Ken Hardesty regarding witnesses and issues of the upcoming trial. Continued preparation of the Defendants' revisions to the draft Joint Pre-Trial Statement. Preparation of Defendants' revisions to the draft Joint Jury Instructions. Email to opposing counsel regarding witnesses's and issues related to the Joint Pre-Trail Statement. | $ | 2,730.00 |
| 5/7/21 | AMF | $ | 300 | 3.90 | Preparation of final revisions, changes and additions to the final Joint Pre-Trial Order and Joint Proposed Jury Instructions. Email to opposing counsel regarding the same. | $ | 1,170.00 |
| 5/10/21 | AMF | $ | 300 | 0.20 | Email discussion with opposing counsel and the court's clerk regarding final pre-trial conference. | $ | 60.00 |
| 5/10/21 | AMF | $ | 300 | 0.20 | Review incoming Minute Entry regarding upcoming pre-trial conference. | $ | 60.00 |
| 5/14/21 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Order regarding Pro Hav Vice Motion filed by counsel for the Plaintiff. | $ | 60.00 |
| 5/17/21 | AMF | $ | 300 | 2.90 | Preparation of trial pleadings. Draft Joint Proposed Voir Dire Questions. | $ | 870.00 |
| 5/17/21 | AMF | $ | 300 | 0.20 | Email discussion with the court's deputy clerk regarding juror questionnaires | $ | 60.00 |
| 5/17/21 | AB | $ | 95 | 0.20 | Email to process server regarding obtaining flash drive regarding juror questionnaires.  Review incoming email from process server regarding the same.  (No Charge - Client Courtesy). | No Charge | |
| 5/17/21 | AMF | $ | 300 | 0.20 | Review incoming pleadings, Minute Entry regarding additional telephone conference scheduling by the court. | $ | 60.00 |
| 5/17/21 | AMF | $ | 300 | 3.00 | Continued preparation of the Defendants' proposed Jury Instructions, Defendants' Verdict Form, Joint Statement of the case to be read to the jury and Voir Dire Questions. Email to opposing counsel regarding status of his response to Defendants' changes to the draft Pre-Trial. | $ | 900.00 |
| 5/19/21 | AMF | $ | 300 | 0.50 | Review incoming pleadings from opposing counsel, Plaintiff's Proposed Joint Statement to be read to the Jury. Review and revise Plaintiff's Joint Statement. Email to opposing counsel regarding the same. | $ | 150.00 |
| 5/19/21 | AMF | $ | 300 | 0.80 | Review incoming  pleadings, Plaintiff's draft of Voir Dire Questions. Review, revise and draft the Joint draft Voir Dire Questions to be asked of the jury.  Email to opposing counsel regarding the same. | $ | 240.00 |
| 5/19/21 | AMF | $ | 300 | 1.20 | Completion of Defendants' Proposed Form of Verdict. | $ | 360.00 |
| 5/19/21 | AMF | $ | 300 | 0.40 | Email discussion with opposing counsel regarding revised Joint Statement. Review of revised Joint Statement.  Email to opposing counsel regarding the same and one additional issue thereto. | $ | 120.00 |
| 5/19/21 | AMF | $ | 300 | 0.20 | Email discussion with opposing counsel regarding Plaintiff's exhibit 16 and the untimely disclosure thereof. | $ | 60.00 |
| 5/19/21 | AMF | $ | 300 | 0.40 | Review incoming email from opposing counsel regarding revisions to the proposed Voire Dire Questions. Review and revise Voire Dire Questions. Email to opposing counsel regarding two remaining issues. | $ | 120.00 |
| 5/19/21 | AMF | $ | 300 | 2.60 | Continued review of Plaintiff's changes to the final pretrial Order.  Review of Plaintiff's changes to the proposed Jury Instructions. Email discussion with opposing counsel regarding the same. Review of issues regarding upcoming jury selection in preparation for the final pretrial conference. | $ | 780.00 |
| 5/19/21 | AMF | $ | 300 | 0.50 | Continued discussion with opposing counsel regarding proposed Jury Instructions and changes thereto. | $ | 150.00 |
| 5/20/21 | AMF | $ | 300 | 0.30 | Review incoming documents, Subpoena directed to Ken Hardesty and Subpoena directed to Steve Wozniak. Email to Ken Hardesty regarding the same. | $ | 90.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/20/21 | AMF | $ 300 | 2.40 | Commence review of trial exhibits in determining arguments to be made during the upcoming conference with the court.  Preparation for Oral Argument on Defendants' Motion in Limine Number 1. Review of case law cited therein. | $ | 720.00 |
| 5/21/21 | AMF | $ 300 | 5.70 | Final preparation for the final pretrial conference and oral argument on Defendants' Motion in Limine Number 1 and Motion in Limine Number 2. Discussion with the court regarding issues related to trial. Review incoming  Minute Entry regarding final pretrial confeerence. | $ | 1,710.00 |
| 5/21/21 | AMF | $ 300 | 0.30 | Telephone call with Ken Hardesty regarding issues related to the upcoming trial. | $ | 90.00 |
| 5/21/21 | AMF | $ 300 | 0.40 | Review of Jury Questionnaires. Email to opposing counsel regarding the same. | $ | 120.00 |
| 5/24/21 | AMF | $ 300 | 0.20 | Email discussion with Steve Wozniak regarding acceptance of service of trial Subpoena. | $ | 60.00 |
| 5/24/21 | AMF | $ 300 | 0.30 | Email discussion with opposing counsel and the court's clerk regarding the Jury Questionnaires and the upcoming telephone conference to discuss the same. | $ | 90.00 |
| 5/24/21 | AMF | $ 300 | 0.30 | Continued email discussion with opposing counsel and the court's clerk regarding the 10am hearing. Review incoming Minute Entry regarding the court vacating the 10am hearing. | $ | 90.00 |
| 5/24/21 | AMF | $ 300 | 3.80 | Preparation of initial draft of Defendants' Opening Statement to be used at trial. | $ | 1,140.00 |
| 5/24/21 | AMF | $ 300 | 1.40 | Commence preparation of the draft Rule 50 Motion to be raised at trial. | $ | 420.00 |
| 5/25/21 | AMF | $ 300 | 1.50 | Continued preparation of the Defendants' Rule 50 Motion. Determination of best timing to raise the issues contained therein.  Review of additional case law in support of the arguments to be made in Defendants' Rule 50 Motion. | $ | 450.00 |
| 5/25/21 | AMF | $ 300 | 2.10 | Preparation of direct examination questions for Steve Wozniak, Ken Hardesty and Jacob Mayhew. | $ | 630.00 |
| 5/25/21 | AMF | $ 300 | 0.90 | Communications with clients regarding trial exhibits and deposition transcripts. Email to Ken and Jacob regarding issues related to procedural issues for the upcoming trial.  Telephone call with Ken regarding issues related to trial. | $ | 270.00 |
| 5/25/21 | AMF | $ 300 | 3.10 | Continued preparation of direct examination questions for Ken Hardesty, Steve Wozniak and Jacob Mayhew. | $ | 930.00 |
| 5/25/21 | JCS | $ 300 | 1.40 | Review and analysis of Trial Exhibits. | $ | 420.00 |
| 5/26/21 | AB | $ 95 | 1.00 | Prepare exhibits for June 7, 2021 Jury Trial.  Prepare courtesy copy binder for the judge. | $ | 95.00 |
| 5/26/21 | AMF | $ 300 | 0.50 | Review incoming pleadings, Order regarding Defendants' Motion in Limine Number One and Two. Detailed email to clients regarding the same. | $ | 150.00 |
| 5/26/21 | AMF | $ 300 | 0.20 | Email discussion with opposing counsel regarding witness and exhibit list and proposed schedule for witnesses. | $ | 60.00 |
| 5/26/21 | AMF | $ 300 | 0.20 | Email discussion with opposing counsel regarding issues related to the scheduling of trial witnesses. | $ | 60.00 |
| 5/26/21 | AMF | $ 300 | 0.40 | Telephone call with Jacob regarding issues related to matters that will be presented at trial and recent rulings. | $ | 120.00 |
| 5/26/21 | AMF | $ 300 | 1.70 | Review of the court's order regarding exhibits to confirm compliance with the same.  Determination of additional actions needed to comply with the court's pretrial Order with regard to exhibits and witnesses. Preparation of the exhibit and witness list required by the court. | $ | 510.00 |
| 5/26/21 | AMF | $ 300 | 4.10 | Commence preparation of power point presentation for use in opening argument. Obtain copies of documents to be utilized with the opening statement. | $ | 1,230.00 |

REILLY v. WOZ U

ATTORNEYS' FEES

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/27/21 | AMF | $ | 300 | 0.20 | Email discussion with Ken regarding photograph of WOZ to be used as an exhibit. | $ 60.00 |
| 5/27/21 | AMF | $ | 300 | 2.50 | Completed initial draft of the power point to be utilized during the opening statement at the upcoming trial.  Email to clients regarding the same. | $ 750.00 |
| 5/27/21 | AMF | $ | 300 | 0.30 | Email discussion and telephone call with Matthew Hawes regarding issues related to the upcoming trial. | $ 90.00 |
| 5/27/21 | AMF | $ | 300 | 0.20 | Email discussion with Jacob regarding the power point presentation. (No Charge-Client Courtesy) | No Charge |
| 5/28/21 | AMF | $ | 300 | 0.20 | Email discussion with Ken Hardesty regarding trial preparation and requested changes to the opening statement. | $ 60.00 |
| 5/28/21 | AMF | $ | 300 | 0.20 | Email discussion with Jacob regarding issues related to the opening statement and changes thereto. | $ 60.00 |
| 6/1/21 | AMF | $ | 300 | 0.20 | Email discussion with Ken regarding witness preparation. | $ 60.00 |
| 6/1/21 | AMF | $ | 300 | 0.30 | Review incoming pleadings, Plaintiff's Exhibit List and Plaintiff's Notice to Court Reporter. | $ 90.00 |
| 6/1/21 | AMF | $ | 300 | 0.20 | Email discussion with Ken regarding the charter oak document. | $ 60.00 |
| 6/1/21 | AMF | $ | 300 | 0.70 | Preparation of the Defendants' Notice to Court Reporter. Email to court reporter regarding the same. | $ 210.00 |
| 6/1/21 | AMF | $ | 300 | 2.90 | Completed draft of direct examination of Steve Wozniak. Email to Ken regarding the same. | $ 870.00 |
| 6/1/21 | AMF | $ | 300 | 0.30 | Telephone call with Ken Hardesty regarding issues related to testimony to be given by Steve Wozniak and Ken Hardesty at the trial. | $ 90.00 |
| 6/1/21 | AMF | $ | 300 | 2.30 | Preparation of direct examination questions for Ken Hardesty. Email to Ken Hardesty regarding the same. | $ 690.00 |
| 6/1/21 | AMF | $ | 300 | 1.00 | Meeting with Steve Wozniak to prepare for trial. | $ 300.00 |
| 6/1/21 | AMF | $ | 300 | 0.70 | Preparation of direct examination of Matthew Hawes. Email to Matt regarding questions that will be asked at trial. | $ 210.00 |
| 6/2/21 | AMF | $ | 300 | 2.20 | Completed draft of direct examination of Jacob Mayhew. Email to Jacob regarding the same. | $ 660.00 |
| 6/2/21 | AMF | $ | 300 | 3.30 | Completed outline for the cross examination of the Plaintiff. Review of trial exhibits and deposition transcript in preparation of the same. | $ 990.00 |
| 6/2/21 | AMF | $ | 300 | 0.20 | Email discussion with Jacob regarding trial preparation.  (No Charge-Client Courtesy) | No Charge |
| 6/3/21 | AMF | $ | 300 | 0.40 | Review incoming email from opposing counsel regarding trial schedule. Review and revise trial schedule. Email to opposing counsel regarding the same. | $ 120.00 |
| 6/3/21 | AMF | $ | 300 | 0.30 | Email discussion with opposing counsel regarding issues related to exhibits. | $ 90.00 |
| 6/3/21 | AMF | $ | 300 | 0.90 | Preparation of detailed objections to Plaintiff's proposed trial exhibits. | $ 270.00 |
| 6/3/21 | AMF | $ | 300 | 0.70 | Review incoming email from opposing counsel regarding exact copies of the Plaintiff's trial exhibits. Review of the copies of Plaintiff's trial exhibits provided. | $ 210.00 |
| 6/3/21 | AMF | $ | 300 | 0.20 | Email discussion with the court's clerk regarding exhibits and technology issues. | $ 60.00 |
| 6/3/21 | AMF | $ | 300 | 1.40 | Preparation for and participation in trial preparation with Jacob Mayhew. | $ 420.00 |
| 6/3/21 | AMF | $ | 300 | 0.30 | Preparation of chart to be used during jury selection. | $ 90.00 |
| 6/3/21 | AMF | $ | 300 | 0.20 | Email discussion with Matt Hawes regarding attendance at trial. | $ 60.00 |
| 6/3/21 | AMF | $ | 300 | 3.80 | Complete preparation of notes to be utilized with the power point presentation for opening statements. Practice delivering opening statement. | $ 1,140.00 |
| 6/4/21 | AMF | $ | 300 | 1.60 | Travel to and from court house to discuss issues related to exhibits, depositions, witnesses and check to confirm technology was working correctly. | $ 480.00 |

REILLY v. WOZ U
ATTORNEYS' FEES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/4/21 | AMF | $ | 300 | 0.20 | Review incoming Minute Entry regarding public access to the trial. | $ | 60.00 |
| 6/4/21 | AMF | $ | 300 | 0.90 | Review of the incoming email from the court's clerk regarding preliminary and mid trial instructions to be given by the court. Review of the same in determining whether we will be making any objections thereto. | $ | 270.00 |
| 6/4/21 | JCS | $ | 300 | 3.60 | Review and analysis of Trial exhibits and depositions; review emails from M. Hawes and AMF. | $ | 1,080.00 |
| 6/6/21 | AMF | $ | 300 | 1.70 | Preparation for and participation in trial preparation with Ken Hardesty. | $ | 510.00 |
| 6/7/21 | AMF | $ | 300 | 12.10 | Final preparation for, travel to and from and attendance at trial day one including oral argument, direct and cross examination of Ken Hardesty and direct examination of Steve Wozniak. | $ | 3,630.00 |
| 6/7/21 | AMF | $ | 300 | 0.30 | Review incoming pleadings, Minute Entry regarding trial day one. | $ | 90.00 |
| 6/7/21 | AMF | $ | 300 | 2.10 | Continue review of legal issues regarding the Plaintiff's damage claim and potential argument regarding statutory damages. Review of legal issues related to Plaintiff's efforts to admit a copy of the WOZU website. | $ | 630.00 |
| 6/7/21 | JCS | $ | 300 | 13.40 | Trial preparation; trial and post-trial | $ | 4,020.00 |
| 6/8/21 | AMF | $ | 300 | 5.20 | Preparation of the power point for the Defendants' closing argument.  Review of the email from the court's judicial assistant regarding proposed verdict form and final jury instructions. Preparation of arguments regarding the same. Preparation of a proposed limiting instruction. | $ | 1,560.00 |
| 6/8/21 | AMF | $ | 300 | 0.40 | Preparation of a proposed limiting instruction. Email to the court and opposing counsel regarding the same. | $ | 120.00 |
| 6/8/21 | AMF | $ | 300 | 10.00 | Continued preparation for, travel to and from and participation in trial day two. Including direct examination and cross examination of Steve Wozniak,  the direct examination and cross examination of the Plaintiff and the Defendants' Rule 50 Motion. | $ | 3,000.00 |
| 6/8/21 | JCS | $ | 300 | 15.40 | Trial preparation; trial and post-trial | $ | 4,620.00 |
| 6/9/21 | AMF | $ | 300 | 7.50 | Preparation, travel to and from and participate in day three of trial including further review of draft jury instructions and verdict form. Discussion with the court regarding the same. Discussion of proposed limiting instruction.  Further preparation for and delivery of closing statement and jury verdict. Review incoming pleadings related thereto. | $ | 2,250.00 |
| 6/9/21 | JCS | $ | 300 | 10.40 | Trial preparation; trial and post-trial | $ | 3,120.00 |
| 6/10/21 | AB | $ | 95 | 0.20 | Draft Notice of No Objection to Plaintiff's Motion to Continue on Dismissal Calendar.  Forward to AMF for review. | $ | 19.00 |
| 6/10/21 | AMF | $ | 300 | 0.60 | Email discussion with Jacob regarding press release.  Review and revise potential press release regarding the outcome of the case. | $ | 180.00 |
| **TOTAL HRS** | | | | **516.40** | **TOTAL FEES** | **$** | **152,070.00** |

**EXHIBIT B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6/16/2021
11:22 AM

Schern Richardson Finter, PLC
Slip Listing

Page     1

---

## Selection Criteria

| | |
|---|---|
| Slip.Transaction Date | Earliest - 6/16/2021 |
| Time.Selection | Include: A. Finter; R Taxin |
| Clie.Selection | Include: WOZ University |
| Refe.Selection | Include: Jarvis Development; adv, Reilly |
| Acti.Selection | Include: 3% Credit Card Processing Fee; Airfare; Appraisal; Bank Fee; Black & White Photocopies; Bond Fee; Certified Copy; Color Photocopies; Consulting; Delivery; Depo. Cost; Expert Fee; Fax; FedEx; Filing Fee; Fuel; Ground Transportation; Hotel/accomodations; Invest. Srvc; Issue Subpoena; Long Distance; Materials/Supplies; Meals; Mediation; Mileage/Fuel; Other; Other-Zero; Outside Counsel; PACER; Parking; Photocopies; Postage; Publish Fee; ROC Complaint File; Recording Fee; Rental Car; See Attached Detail; Service Fee; Skiptrace; Telephone Conferencing; Transcript; Travel/fuel; Westlaw Legal Research; Witness Fee |

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Client: WOZ University | | | | |
| 53330  EXP<br>12/31/2018<br>Billed        G:14119    4/1/2019<br>Color Photocopies - December, 2018 | R Taxin<br>Color Photocopies<br>WOZ University<br>adv, Reilly | 39 | 0.25 | 9.75 |
| 54027  EXP<br>1/31/2019<br>Billed        G:14119    4/1/2019<br>Color Photocopies - January, 2019 | R Taxin<br>Color Photocopies<br>WOZ University<br>adv, Reilly | 19 | 0.25 | 4.75 |
| 54028  EXP<br>1/31/2019<br>Billed        G:14119    4/1/2019<br>Black & White Photocopies - January, 2019 | R Taxin<br>Black & White Photocopies<br>WOZ University<br>adv, Reilly | 8 | 0.10 | 0.80 |
| 57160  EXP<br>5/31/2019<br>Billed        G:14391    6/10/2019<br>Color Photocopies - May, 2019 | R Taxin<br>Color Photocopies<br>WOZ University<br>adv, Reilly | 14 | 0.25 | 3.50 |
| 57374  EXP<br>6/12/2019<br>Billed        G:14469    8/1/2019<br>State of Texas - Organization documents for Southern Careers Institute | R Taxin<br>Photocopies<br>WOZ University<br>adv, Reilly | 1 | 1.13 | 1.13 |
| 57385  EXP<br>6/13/2019<br>Billed        G:14469    8/1/2019<br>State of Texas - Organization documents for Southern Careers Institute | R Taxin<br>Photocopies<br>WOZ University<br>adv, Reilly | 1 | 2.05<br>Override | 2.05 |

6/16/2021                          Schern Richardson Finter, PLC
11:22 AM                                  Slip Listing                              Page        2

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| --- | --- | --- | --- | --- | --- |
| 58375 | EXP | R Taxin | 142 | 0.10 | 14.20 |
| 7/31/2019 | | Black & White Photocopies | | | |
| Billed | G:14469          8/1/2019 | WOZ University | | | |
| Black & White Photocopies - July, 2019 | | adv, Reilly | | | |
| 58376 | EXP | R Taxin | 59 | 0.25 | 14.75 |
| 7/31/2019 | | Color Photocopies | | | |
| Billed | G:14469          8/1/2019 | WOZ University | | | |
| Color Photocopies - July, 2019 | | adv, Reilly | | | |
| 59027 | EXP | R Taxin | 22 | 0.10 | 2.20 |
| 8/31/2019 | | Black & White Photocopies | | | |
| Billed | G:14575          10/24/2019 | WOZ University | | | |
| Black & White Photocopies - August, 2019 | | adv, Reilly | | | |
| 61378 | EXP | R Taxin | 1 | 5.40 | 5.40 |
| 12/2/2019 | | Telephone Conferencing | | | |
| Billed | G:14805          1/2/2020 | WOZ University | | | |
| Telephone conference call 11-22-19 | | adv, Reilly | | | |
| 61701 | EXP | R Taxin | 333 | 0.25 | 83.25 |
| 12/31/2019 | | Color Photocopies | | | |
| Billed | G:14805          1/2/2020 | WOZ University | | | |
| Color Photocopies - December, 2019 | | adv, Reilly | | | |
| 61702 | EXP | R Taxin | 333 | 0.10 | 33.30 |
| 12/31/2019 | | Black & White Photocopies | | | |
| Billed | G:14805          1/2/2020 | WOZ University | | | |
| Black & White Photocopies - December, 2019 | | adv, Reilly | | | |
| 62690 | EXP | A. Finter | 1 | 181.90 | 181.90 |
| 2/12/2020 | 2/13/2020 | Rental Car | | | |
| Billed | G:14920          3/6/2020 | WOZ University | | | |
| Hertz - Defend Deposition of Ken Hardesty - San | | adv, Reilly | | | |
| Jose, CA | | | | | |
| 62691 | EXP | A. Finter | 1 | 799.86 | 799.86 |
| 2/12/2020 | 2/13/2020 | Airfare | | | |
| Billed | G:14920          3/6/2020 | WOZ University | | | |
| Southwest Airlines  - Defend Deposition of Ken | | adv, Reilly | | | |
| Hardesty - San Jose, CA | | | | | |
| 62693 | EXP | A. Finter | 1 | 569.55 | 569.55 |
| 2/12/2020 | 2/13/2020 | Hotel/accomodations | | | |
| Billed | G:14920          3/6/2020 | WOZ University | | | |
| San Jose Marriott - Defend Deposition of Ken | | adv, Reilly | | | |
| Hardesty | | | | | |

Schern Richardson Finter, PLC
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 62815                    EXP 2/28/2020 Billed           G:14920           3/6/2020 Black & White Photocopies - February, 2020 | R Taxin Black & White Photocopies WOZ University adv, Reilly | 28 | 0.10 | 2.80 |
| 63272                    EXP 3/19/2020 Billed           G:14962           4/8/2020 Deposition Costs - Deposition Transcript | R Taxin Depo. Cost WOZ University adv, Reilly | 1 | 501.00 | 501.00 |
| 64986                    EXP 5/21/2020 Billed           G:15088           6/23/2020 A-AZ Process Service - Delivery of Confidential Settlement Memo to US District Court. | R Taxin Delivery WOZ University adv, Reilly | 1 | 40.00 | 40.00 |
| 64998                    EXP 5/29/2020 Billed           G:15088           6/23/2020 Black & White Photocopies - May, 2020 | R Taxin Black & White Photocopies WOZ University adv, Reilly | 17 | 0.10 | 1.70 |
| 65170                    EXP 6/5/2020 Billed           G:15129           7/1/2020 Telephonic Settlement Conference - 5-28-20 | R Taxin Telephone Conferencing WOZ University adv, Reilly | 1 | 43.64 | 43.64 |
| 65485                    EXP 6/17/2020 Billed           G:15129           7/1/2020 Deposition Costs for Steve Wozniak 6-9-20 | R Taxin Depo. Cost WOZ University adv, Reilly | 1 | 163.91 | 163.91 |
| 65486                    EXP 6/17/2020 Billed           G:15129           7/1/2020 Deposition Costs for Ralph Reilly  6-11-20 | R Taxin Depo. Cost WOZ University adv, Reilly | 1 | 645.55 | 645.55 |
| 71974                    EXP 5/17/2021 Billed           G:15783           6/8/2021 A-AZ Process Service - Delivery of Juror Questionnaires Thumb Drive from Court | R Taxin Delivery WOZ University adv, Reilly | 1 | 47.00 | 47.00 |
| 71821                    EXP 5/31/2021 Billed           G:15783           6/8/2021 Color Photocopies - May, 2021 | R Taxin Color Photocopies WOZ University adv, Reilly | 92 | 0.35 | 32.20 |

Total: WOZ University

| | Billable | 0.00 | | 3204.19 |
|---|---|---|---|---|

6/16/2021                                   Schern Richardson Finter, PLC
11:22 AM                                           Slip Listing                                    Page        4

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
|   Dates and Time | Activity | DNB Time | Rate Info | |
|   Posting Status | Client | Est. Time | Bill Status | |
|   Description | Reference | Variance | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3204.19 |
| | | | | |
| Grand Total | | | | |
| | Billable | 0.00 | | 3204.19 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 3204.19 |

**<u>EXHIBIT B</u>**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Ralph T. Reilly, an individual, | ) | Case No.  2:18-cv-03775-PHX-MTL |
| | ) | (Honorable Michael T. Liburdi) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANTS' STATEMENT OF** |
| | ) | **CONSULTATION** |
| Steve Wozniak, an individual; Woz U | ) | |
| Education LLC, an Arizona limited | ) | |
| liability company; Woz U Education | ) | |
| Holdings, LLC, a Delaware limited | ) | |
| liability company; Southern Careers | ) | |
| Institute, Inc., a Texas corporation, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

     Pursuant to LRCiv 54.2, Defendants hereby provide their Statement of Consultation. Defense counsel certifies that he and Plaintiff's counsel, Raymond Markovich, met and conferred regarding the Defendants' application for attorneys' fees via telephone on June 18, 2021.  Further, counsel for the parties exchanged email communications related to the Defendants' application for attorneys' fees following the June 18, 2021 telephone conference.  After said good faith effort to resolve the matter, the parties have been unable to resolve all issues related to attorneys' fees, which has necessitated the filing of the Defendant's Notice and Motion for Attorneys' fees and Costs.

DATED this 22nd day of June, 2021.

SCHERN RICHARDSON FINTER, PLC

By /s/ Aaron M. Finter
    Michael A. Schern
    Aaron M. Finter
    1640 S. Stapley Dr., Ste. 132
    Mesa, AZ 85204
    *Attorneys for Defendants*