**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph T Reilly, | No. CV-18-03775-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Steve Wozniak, et al., | |
| Defendants. | |

The Court previously awarded attorneys' fees under 17 U.S.C. § 505 to Defendants for their successful defense of the claims against them. (Doc. 203.) The Ninth Circuit affirmed the attorneys' fees award and the Court's orders granting summary judgment on Plaintiff's breach of an implied-in-fact contract and judgment on the pleadings on Plaintiff's money had and received claims. (Doc. 206.) Defendants now move for their attorneys' fees incurred on appeal. (Doc. 207.)

Plaintiffs' claims were objectively unreasonable, as this Court found in the prior order granting attorneys' fees. The Court also found that Defendants satisfied the remaining factors necessary to award fees under the Copyright Act. *See Love v. Assoc'd Newspapers, Ltd.*, 611 F.3d 601, 614 (9th Cir. 2010). The Court further found that Plaintiff's state-law claims were "inextricably tied to his copyright claim." (Doc. 203 at 9.) The Court of Appeals affirmed in all respects. The Court thus finds that Defendants are entitled to an award of attorneys' fees on appeal.

For the same reasons stated in the Court's Order granting attorneys' fees, the Court

finds that Defendants' fee request is reasonable. The attorney hourly billing rates are eminently reasonable for intellectual property litigation attorneys practicing in the Phoenix, Arizona legal market.[*] The Court has reviewed the time entry itemization, which is Exhibit A to the Motion, and finds that all charges are reasonable. Plaintiff does not object to the billing rates or any time entries.

Finally, the Court will award Defendants the itemized amount for preparing this Motion, $1,200. No further award will be made for time spent preparing a reply brief, as the Court finds that a reply brief is unnecessary.

Accordingly,

**IT IS ORDERED**:

1. Granting Defendants' Motion for Attorneys' Fees Pursuant to 17 U.S.C. § 505. (Doc. 207.)

2. Defendants are awarded $30,174.50 in attorneys' fees on appeal.

3. Each party will bear its own costs.

Dated this 9th day of February, 2023.

Michael T. Liburdi
United States District Judge

---

[*] Partner rates of $300-$325 per hour, associate rates of $225-$300 per hour, and a paralegal rate of $95 per hour.